**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **James**<br>First name<br><br>**Leslie**<br>Middle name<br><br>**Davis**<br>Last name and Suffix (Sr., Jr., II, III) | **Barbara**<br>First name<br><br>**Anne**<br>Middle name<br><br>**Davis**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Les Davis** | **Barbara Banister**<br>**Barbara Banister-Davis** |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7735** | **xxx-xx-1258** |

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**4636 South 167th East Avenue**
**Tulsa, OK 74134**
Number, Street, City, State & ZIP Code

**Tulsa**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**

Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.** **Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

---

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.**
   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.**
   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.**
   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **James Leslie Davis**

Debtor 2   **Barbara Anne Davis**

Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts _____

---

**17.** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No.   I am not filing under Chapter 7. Go to line 18.

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ James Leslie Davis** _____

**James Leslie Davis**
Signature of Debtor 1

**/s/ Barbara Anne Davis** _____

**Barbara Anne Davis**
Signature of Debtor 2

Executed on  **May 30, 2019** _____
　　　　　　　MM / DD / YYYY

Executed on  **May 30, 2019** _____
　　　　　　　MM / DD / YYYY

---

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | | |
|---|---|---|---|
| **/s/ Ron D. Brown OBA** | | Date | **May 30, 2019** |
| Signature of Attorney for Debtor | | | MM / DD / YYYY |

**Ron D. Brown OBA 16352**
Printed name

**Brown Law Firm PC**
Firm name

**715 S. Elgin Ave.**
**Tulsa, OK 74120**
Number, Street, City, State & ZIP Code

| | | | |
|---|---|---|---|
| Contact phone | **918-585-9500** | Email address | **ron@ronbrownlaw.com** |

**OBA 16352 OK**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................ | $ 395,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $ 96,259.06 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................. | $ 491,259.06 |

**Part 2:    Summarize Your Liabilities**

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 509,959.30 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 37,973.02 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ 4,180,053.81 |
| | **Your total liabilities** | $ 4,727,986.13 |

**Part 3:    Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $ 11,742.89 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $ 11,401.89 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☒   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☒   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**

Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 37,973.02 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 95,976.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 133,949.02 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number | _____ |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

| 1.1 | | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

**1.1**

**4636 South 167th East Avenue**
Street address, if available, or other description

**Tulsa          OK     74134-0000**
City              State      ZIP Code

**Tulsa**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Legal: Lot Thirty-Two (32), Block Nine 9, Trinity Creek II, a Subdivision of the City of Tulsa, Tulsa County, State of Oklahoma, according tot he recorded Plat thereof.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$395,000.00** | **$395,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>**

| **$395,000.00** |
|---|

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**
Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | **Dodge** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Charger** | ☐ Debtor 1 only | |
| | Year: | **2015** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **40000** | ☒ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$15,924.00**   **$15,924.00** |

| 3.2 | Make: | **Jeep** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Grand Cherokee** | ☐ Debtor 1 only | |
| | Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **38000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☒ At least one of the debtors and another | |
| | **includes emission warranty claim-** | | ☐ Check if this is community property *(see instructions)* | **$14,010.00**   **$14,010.00** |

| 3.3 | Make: | **Dodge** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: | **Ram 2500** | ☐ Debtor 1 only | |
| | Year: | **2017** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **113000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☒ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$35,696.00**   **$35,696.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>   **$65,630.00**

**Part 3:**   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.  Describe.....

| **Misc. Household Goods and Furnishings** | **$10,000.00** |

| Debtor 1 | **James Leslie Davis** |
|---|---|
| Debtor 2 | **Barbara Anne Davis** |

Case number *(if known)* _____

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| One projector and screen, two televisions, two cell phones, one xbox, and two tablets. | **$1,500.00** |

| | |
|---|---|
| 5 phones and 2 ipads (subject to installment agreeement with AT&T) | **$1,000.00** |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Three sets of golf clubs | **$500.00** |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Three handguns | **$600.00** |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Clothing | **$3,000.00** |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| Misc. Jewelry Wedding band and ring | **$250.00** |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes.  Describe.....

| | |
|---|---|
| 2 dogs | **$0.00** |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

| Debtor 1 | **James Leslie Davis** | |
|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* |

☐ **Yes.** Give specific information.....

| | | |
|---|---|---|
| 15. | **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................... | **$16,850.00** |

| **Part 4:** | **Describe Your Financial Assets** | |
|---|---|---|
| **Do you own or have any legal or equitable interest in any of the following?** | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.........................................................................................................

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes.......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | **Brokerage** | **Rockwell Automation** | $91.87 |
| 17.2. | **Checking** | **Simmons Bank** | $117.82 |
| 17.3. | **Checking** | **Bank of America** | $0.90 |
| 17.4. | **Checking** | **Bank of America** | $557.00 |
| 17.5. | **Business Checking** | **Bank of America** | $0.10 |
| 17.6. | **Business Checking** | **Bank of America** | $742.00 |
| 17.7. | **Checking** | **Bank of America** | $0.12 |
| 17.8. | **Business Checking** | **Bank of America** | $0.81 |
| 17.9. | **Business Checking** | **Stone Bank** **Finish Strong Business Account** | $194.30 |
| 17.10. | **Checking** | **Arvest** | $0.00 |
| 17.11. | **Credit Union** | **Penfed Credit Union** | $4.00 |

| Debtor 1 | **James Leslie Davis** |
|---|---|
| Debtor 2 | **Barbara Anne Davis** |

Case number *(if known)* _____

| 17.12. | **529 account** | **Wells Fargo 529 account held for Debtor's child.** | **$1,302.14** |
|---|---|---|---|
| 17.13. | **529 account** | **Wells Fargo 529 account held for Debtor's child.** | **$1,793.00** |
| 17.14. | **Savings** | **Alliant** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Blind Spot, LLC**<br>**This information provided on this non-filing entity is not designed to be a full disclosure of all of the company's assets, liabilities and transactions but is given for informational purposes.** | **100** % | **$0.00** |
| **Finish Strong, LLC d/b/a Window Revolution d/b/a Parsons Blind Company d/b/a Jobsite Supply**<br>**Arkansas company closed by Arkansas Tax Department.  Value is given as 0 becuase liabilities exceed any assets.  All assets are pledged first to Stone Bank and second to PBC Company. Owned by JL Davis and Sons LLC which is owned by debtors.**<br>**This information provided on this non-filing entity is not designed to be a full disclosure of all of the company's assets, liabilities and transactions but is given for informational purposes.** | **100** % | **$0.00** |
| **JL Davis & Sons, LLC**<br>**Only asset is Finish Strong LLC, computer and misc. hand tools.**<br>**This information provided on this non-filing entity is not designed to be a full disclosure of all of the company's assets, liabilities and transactions but is given for informational purposes.  Owned by debtors 50/50.** | **100** % | **$0.00** |

| Debtor 1 | **James Leslie Davis** | | |
|---|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| **James L. Davis, LLC** | | | |
| **Shell company intended to be used for real estate commission, but the company never started.** | | | |
| **This information provided on this non-filing entity is not designed to be a full disclosure of all of the company's assets, liabilities and transactions but is given for informational purposes.** | **100** | % | **$0.00** |
| **Klingler & Son, LLC** | | | |
| **This business was never initiated and the company has no assets or debt.** | | | |
| **This information provided on this non-filing entity is not designed to be a full disclosure of all of the company's assets, liabilities and transactions but is given for informational purposes.** | **90** | % | **$0.00** |
| **The Banister Family Limited Partnership** | **13** | % | **Unknown** |
| **JL Davis Enterprises, LLC** | | | |
| **shell company used to receive debtor's salary** | **100** | % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
        Type of account:             Institution name:

| **IRA** | **Wells Fargo** | **$25.00** |
|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................
        Institution name or individual:

| **Rent Prepaid** | **Sharon O'Keefe** | **$1,450.00** |
|---|---|---|

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes..............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes..............   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number *(if known)*

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific information about them...

| Teacher's License for Oklahoma and Arkansas | $0.00 |
|---|---|

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **State Farm home and vehicle insurance policy** | **Debtors** | $0.00 |
| **Genworth Term Life Insurance Policy $2,000,000 Death Benefits Only** | **Debtor 2** | $0.00 |
| **Protective Life Term Life Insurance Policy $750,000 Death Benefits Only** | **Debtor 1** | $0.00 |
| **American General Term Life Insurance Policy $3,250,000 Death Benefits Only** | **Debtor 2** | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**                                   Case number *(if known)* _____

|  | | |
|---|---|---|
| Protective Life Term Life Insurance Policy $750,000 Death Benefits Only | Debtor 2 | $0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................................

| $6,279.06 |
|---|

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

■ No
☐ Yes.  Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
■ Yes.  Describe.....

| Leased Printer | $5,000.00 |
|---|---|

| Dell Computer | $2,000.00 |
|---|---|

| Four computers | $500.00 |
|---|---|

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

■ No
☐ Yes.  Describe.....

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| Debtor 2 | **Barbara Anne Davis** |

Case number *(if known)* _____

41. **Inventory**
   - ■ No
   - ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
   - ■ No
   - ☐ Yes.  Give specific information about them...................
     Name of entity:                                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
   - ■ No.
   - ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

     - ■ No
     - ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
   - ■ No
   - ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................................................................  | **$7,500.00** |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   - ■ No. Go to Part 7.
   - ☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ■ No
   - ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................  | **$0.00** |

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

| | | |
|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................ | **$395,000.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$65,630.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$16,850.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$6,279.06** | |
| 59. | **Part 5: Total business-related property, line 45** | **$7,500.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$96,259.06** | Copy personal property total ➔ **$96,259.06** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$491,259.06** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **4636 South 167th East Avenue Tulsa, OK 74134  Tulsa County Legal: Lot Thirty-Two (32), Block Nine 9, Trinity Creek II, a Subdivision of the City of Tulsa, Tulsa County, State of Oklahoma, according tot he recorded Plat thereof.** Line from *Schedule A/B*: **1.1** | $395,000.00 | ■           **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, §§ 1(A)(1),(2); Okla. Stat. tit. 31, § 2** |
| **2015 Dodge Charger 40000 miles** Line from *Schedule A/B*: **3.1** | $15,924.00 | ■           **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(13)** |
| **Misc. Household Goods and Furnishings** Line from *Schedule A/B*: **6.1** | $10,000.00 | ■           **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |
| **One projector and screen, two televisions, two cell phones, one xbox, and two tablets.** Line from *Schedule A/B*: **7.1** | $1,500.00 | ■           **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **James Leslie Davis** |
|---|---|
| Debtor 2 | **Barbara Anne Davis** |

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **5 phones and 2 ipads (subject to installment agreeement with AT&T)**<br>Line from *Schedule A/B*: **7.2** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 31, § 1(A)(3) |
| **Three handguns**<br>Line from *Schedule A/B*: **10.1** | $600.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 31, § 1(A)(14) |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $3,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 31, § 1(A)(7) |
| **Misc. Jewelry Wedding band and ring**<br>Line from *Schedule A/B*: **12.1** | $250.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 31, § 1(A)(7) |
| **Brokerage: Rockwell Automation**<br>Line from *Schedule A/B*: **17.1** | $91.87 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **Checking: Simmons Bank**<br>Line from *Schedule A/B*: **17.2** | $117.82 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **Checking: Bank of America**<br>Line from *Schedule A/B*: **17.3** | $0.90 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **Checking: Bank of America**<br>Line from *Schedule A/B*: **17.4** | $557.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **Checking: Bank of America**<br>Line from *Schedule A/B*: **17.7** | $0.12 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **Checking: Arvest**<br>Line from *Schedule A/B*: **17.10** | $0.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |
| **Credit Union: Penfed Credit Union**<br>Line from *Schedule A/B*: **17.11** | $4.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **529 account: Wells Fargo 529 account held for Debtor's child.**<br>Line from *Schedule A/B*: **17.12** | $1,302.14 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(24)** |
| **529 account: Wells Fargo 529 account held for Debtor's child.**<br>Line from *Schedule A/B*: **17.13** | $1,793.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(24)** |
| **Savings: Alliant**<br>Line from *Schedule A/B*: **17.14** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 12, § 1171.1;<br>Okla. Stat. tit. 31, § 1(A)(18)** |
| **IRA: Wells Fargo**<br>Line from *Schedule A/B*: **21.1** | $25.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(20)** |
| **Rent Prepaid: Sharon O'Keefe**<br>Line from *Schedule A/B*: **22.1** | $1,450.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31,  § 1.1** |
| **Genworth Term Life Insurance Policy $2,000,000 Death Benefits Only Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 36, § 2510** |
| **Protective Life Term Life Insurance Policy $750,000 Death Benefits Only Beneficiary: Debtor 1**<br>Line from *Schedule A/B*: **31.3** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 36, § 2510** |
| **American General Term Life Insurance Policy $3,250,000 Death Benefits Only Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.4** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 36, § 2510** |
| **Protective Life Term Life Insurance Policy $750,000 Death Benefits Only Beneficiary: Debtor 2**<br>Line from *Schedule A/B*: **31.5** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 36, § 2510** |
| **Dell Computer**<br>Line from *Schedule A/B*: **39.2** | $2,000.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |
| **Four computers**<br>Line from *Schedule A/B*: **39.3** | $500.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **James Leslie Davis** | | |
|---|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number (if known) | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | **Ally Financial** | **Describe the property that secures the claim:** | $15,585.00 | $15,924.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2015 Dodge Charger 40000 miles**

**Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   Purchase Money Security

| Date debt was incurred | **Opened 10/15  Last Active 02/19** | Last 4 digits of account number | 0137 |
|---|---|---|---|

| Debtor 1 | **James Leslie Davis** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Barbara Anne Davis** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.2 | **BB&T** | Describe the property that secures the claim: | $385,000.00 | $395,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**4636 South 167th East Avenue Tulsa, OK 74134  Tulsa County Legal: Lot Thirty-Two (32), Block Nine 9, Trinity Creek II, a Subdivision of the City of Tulsa, Tulsa County, State of Oklahoma, according tot he recorded Plat thereof.**

**In Care of Bankruptcy Dept
Po Box 1847
Wilson, NC 27894**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)   **Mortgage**

| Date debt was incurred | **Opened 07/13 Last Active 12/18** | Last 4 digits of account number | **0703** |

---

| 2.3 | **Chrysler Financial/TD Auto** | Describe the property that secures the claim: | $38,993.00 | $14,010.00 | $24,983.00 |

Creditor's Name

Describe the property that secures the claim:

**2016 Jeep Grand Cherokee 38000 miles
includes emission warranty claim-**

**Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

| Date debt was incurred | **Opened 10/16  Last Active 11/13/18** | Last 4 digits of account number | **3535** |

| Debtor 1 | **James Leslie Davis** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Barbara Anne Davis** | | | |
| | First Name | Middle Name | Last Name | |

---

| 2.4 | **Chrysler Financial/TD Auto** | | **Describe the property that secures the claim:** | **$61,172.00** | **$35,696.00** | **$25,476.00** |

Creditor's Name

**Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI
48333**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2017 Dodge Ram 2500 113000 miles**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **Opened 07/17  Last Active 01/19**      Last 4 digits of account number    **1958**

---

| 2.5 | **Dell Business Credit** | | **Describe the property that secures the claim:** | **$3,958.41** | **$2,000.00** | **$1,958.41** |

Creditor's Name

**Payment Processing Center
PO Box 5275
Carol Stream, IL 60197**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Dell Computer**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    _____      Last 4 digits of account number    **9017**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **James Leslie Davis** | | | Case number (if known) | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Barbara Anne Davis** | | | | |
| | First Name | Middle Name | Last Name | | |

---

| 2.6 | **Konica Minolta Business Solutions USA** | | | $5,000.00 | $5,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**Leased Printer**

**100 Williams Drive**
**Ramsey, NJ 07446**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **2017**   Last 4 digits of account number   **7709**

---

| 2.7 | **Professional Business Systems, Inc.** | | | $250.89 | $10,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**Two printers**

**PO Box 2730**
**Bentonville, AR 72712**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Lease to Own**

Date debt was incurred   _____   Last 4 digits of account number   **6643**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $509,959.30 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $509,959.30 |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Oklahoma Tax Commission** | Last 4 digits of account number   0005 | $343.35 | $0.00 | $343.35 |
| | Priority Creditor's Name | | | | |
| | **PO Box 269062** | When was the debt incurred? _____ | | | |
| | **Oklahoma City, OK 73126** | | | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ☐ Debtor 1 only | ☐ Unliquidated | | | |
| | ☐ Debtor 2 only | ☐ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ■ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ **Check if this claim is for a community debt** | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **Taxes** | | | |

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**                    Case number (if known) _____

| 2.2 | **State of Arkansas** | Last 4 digits of account number | 4196 | $906.00 | $0.00 | $906.00 |

Priority Creditor's Name
**Department of Worforce Services**
**PO Box 8007**
**Little Rock, AR 72203**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes**

| 2.3 | **State of Arkansas** | Last 4 digits of account number | 2SLS | $14,608.72 | $0.00 | $14,608.72 |

Priority Creditor's Name
**Sales and Use Tax Section**
**PO Box 8092**
**Little Rock, AR 72203**
Number Street City State Zip Code

When was the debt incurred?   **2018**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes**

| 2.4 | **State of Arkansas** | Last 4 digits of account number | 7WHW | $22,114.95 | $0.00 | $22,114.95 |

Priority Creditor's Name
**Witholding Tax Section**
**PO Box 9941**
**Little Rock, AR 72203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2018**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Taxes**

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**                                          Case number (if known)

than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.1 | **AAA Cooper Transportation** | Last 4 digits of account number | **9992** | **$472.04** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 935003**
**Atlanta, GA 31193-5003**                 When was the debt incurred?
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only                          ■ Contingent
☐ Debtor 1 and Debtor 2 only              ☐ Unliquidated
■ At least one of the debtors and another   ■ Disputed
☐ **Check if this claim is for a community**   **Type of NONPRIORITY unsecured claim:**
   **debt**                                 ☐ Student loans
**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                             report as priority claims
☐ Yes                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
                                          ■ Other. Specify   **Business Debt**

| 4.2 | **Aes/rbs Citizens Bank** | Last 4 digits of account number | **8800** | **$47,081.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**                                 **Opened 11/08/17  Last Active**
**Po Box 2461**              When was the debt incurred?   **7/12/18**
**Harrisburg, PA 17105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only              ■ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
   **debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **Unsecured**

| 4.3 | **Alliant** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 66945**                          When was the debt incurred?
**Chicago, IL 60666-0945**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only              ☐ Disputed
☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
   **debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                     ■ Other. Specify   **Credit card**

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (if known) _____

---

| 4.4 | **Alliant CU** | Last 4 digits of account number | **5119** | **$8,303.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 66945**
**Chicago, IL 60666**

When was the debt incurred?  **Opened 09/17  Last Active 1/08/19**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.5 | **Ally** | Last 4 digits of account number | **4939** | **$2,073.37** |

Nonpriority Creditor's Name
**PO Box 380903**
**Minneapolis, MN 55438**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business debt**

---

| 4.6 | **AmTrust North America** | Last 4 digits of account number | **8354** | **$6,099.00** |

Nonpriority Creditor's Name
**800 Superior Avenue East**
**Cleveland, OH 44114**

When was the debt incurred?  _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Business Debt**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

---

**4.7** | **Arvest Bank**

Nonpriority Creditor's Name

**PO Box 799**
**Lowell, AR 72745-1670**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit card**

---

**4.8** | **AT&T**

Nonpriority Creditor's Name

**PO Box 5001**
**Carol Stream, IL 60197-5001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **9519**     **$1,534.18**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt**

---

**4.9** | **Bank Of America**

Nonpriority Creditor's Name

**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **8618**     **$9,082.00**

When was the debt incurred?   **Opened 10/13  Last Active 2/20/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

---

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**                                    Case number (if known) _____

---

**4.10**

| | |
|---|---|
| **Bank Of America** | Last 4 digits of account number   **1058**   $21,580.00 |

Nonpriority Creditor's Name
**Po Box 17054**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.11**

| | |
|---|---|
| **Barr Credit Services, Inc.** | Last 4 digits of account number   **9947**   $2,105.20 |

Nonpriority Creditor's Name
**5151 E. Broadway Blvd**
**Suite 800**
**Tucson, AZ 85711**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

**4.12**

| | |
|---|---|
| **Beall Barclay** | Last 4 digits of account number   **6691**   $4,954.63 |

Nonpriority Creditor's Name
**2005 West Elm Street**
**Rogers, AR 72758**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (if known) _____

| 4.1 3 | **Benton County Collector** | Last 4 digits of account number | **8758** | **Unknown** |

Nonpriority Creditor's Name
**215 East Central Avenue**
**Room 101**
**Bentonville, AR 72712**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 4 | **Blue Cross Blue Shield** | Last 4 digits of account number | **3215** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 3283**
**Tulsa, OK 74102**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1 5 | **Capital One/Bass Pro Shops** | Last 4 digits of account number | **9010** | **$8,504.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**  **Opened 12/15  Last Active 10/18**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

---

| 4.1 6 | **Chase Card Services** | Last 4 digits of account number | **4203** | **$14,629.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?   **Opened 10/17  Last Active 08/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 7 | **Chase Card Services** | Last 4 digits of account number | **8445** | **$15,466.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

When was the debt incurred?   **Opened 08/01  Last Active 10/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.1 8 | **Citibank/The Home Depot** | Last 4 digits of account number | **2130** | **$635.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 6497**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

When was the debt incurred?   **Opened 07/18  Last Active 10/18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Debtor 1   **James Leslie Davis**

Debtor 2   **Barbara Anne Davis**

Case number (if known)

---

| 4.1 9 | **Citizens Bank** | Last 4 digits of account number | **8800** | **$48,799.45** |

Nonpriority Creditor's Name

**PO Box 4140**
**Farmington, NM 87499**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

| 4.2 0 | **City of North Richland Hills** | Last 4 digits of account number | | **$75.00** |

Nonpriority Creditor's Name

**Phot Enforcement Customer**
**Service Center**
**PO Box 42034**
**Phoenix, AZ 85080**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Traffic**

---

| 4.2 1 | **CNK Computer Service** | Last 4 digits of account number | **919** | **$722.70** |

Nonpriority Creditor's Name

**28 Rivercliff Road**
**Rogers, AR 72756**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (if known) _____

| 4.2 2 | **CNK Computer Service** | | Last 4 digits of account number | **291** | | **$531.27** |

Nonpriority Creditor's Name
**28 Rivercliff Road**
**Rogers, AR 72756**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

| 4.2 3 | **Cox Communications** | | Last 4 digits of account number | **8202** | | **$6,331.21** |

Nonpriority Creditor's Name
**PO Box 21039**
**Tulsa, OK 74121-1039**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

| 4.2 4 | **Cox Communications** | | Last 4 digits of account number | **6903** | | **$1,217.95** |

Nonpriority Creditor's Name
**Attn: CSS**
**PO Box 248871**
**Oklahoma City, OK 73124**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

---

| 4.2 5 | **Culligan of NW Arkansas** | Last 4 digits of account number  **2568** | **$70.67** |

Nonpriority Creditor's Name
**305 Commercial Avenue**
**PO Box 689**
**Lowell, AR 72745**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.2 6 | **De Lage Landen Financial Services, Inc.** | Last 4 digits of account number  **3209** | **$5,369.63** |

Nonpriority Creditor's Name
**PO Box 41602**
**Philadelphia, PA 19101**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2 7 | **Discover Student Loans** | Last 4 digits of account number  **0135** | **$20,217.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30948**
**Salt Lake City, UT 84130**

When was the debt incurred?   **Opened 09/17  Last Active 02/19**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   _____

**Educational**

---

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.2 8** | **Discover Student Loans** | Last 4 digits of account number    0137 | $17,572.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30948**
**Salt Lake City, UT 84130**                        When was the debt incurred?    **Opened 01/18  Last Active 2/06/19**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                 As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ■ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ☐ Other. Specify _____
                                                                        **Educational**

---

| | | | |
|---|---|---|---|
| **4.2 9** | **Discover Student Loans** | Last 4 digits of account number    0136 | $3,245.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30948**
**Salt Lake City, UT 84130**                        When was the debt incurred?    **Opened 10/17  Last Active 02/19**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                 As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ■ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ☐ Other. Specify _____
                                                                        **Educational**

---

| | | | |
|---|---|---|---|
| **4.3 0** | **Discover Student Loans** | Last 4 digits of account number    0135 | $10,693.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30948**
**Salt Lake City, UT 84130**                        When was the debt incurred?    **Opened 09/17  Last Active 2/24/19**
Number Street City State Zip Code

**Who incurred the debt?** Check one.                 As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                ☐ Contingent

☐ Debtor 2 only                                ☐ Unliquidated

■ Debtor 1 and Debtor 2 only                   ☐ Disputed

☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**    ■ Student loans
**debt**
                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims

■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                          ☐ Other. Specify _____
                                                                        **Educational**

---

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (*if known*) _____

---

| 4.3 1 | **Discover Student Loans** | Last 4 digits of account number | **1000** | **$44,249.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30948**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 07/18  Last Active 2/14/19**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____  **Educational**

---

| 4.3 2 | **Fedex** | Last 4 digits of account number | **8771** | **$444.46** |

Nonpriority Creditor's Name
**U.S. Collections Department**
**PO Box 660481**
**Dallas, TX 75266**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.3 3 | **FORA Financial** | Last 4 digits of account number | | **$66,381.00** |

Nonpriority Creditor's Name
**519 8th Ave**
**11th Floor**
**New York, NY 10018**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

---

| 4.3 4 | **Forest Hills Blvd. LLC** | Last 4 digits of account number _____ | **$1,500.00** |

Nonpriority Creditor's Name
**PO Box 1035**
**Siloam Springs, AR 72761-5000**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.3 5 | **General Services Administration** | Last 4 digits of account number   **9141** | **$2,287.83** |

Nonpriority Creditor's Name
**c/o USDA-OCFO**
**FInancial Information Control**
**Branch**
**2300 Main Street, Ste 2SE**
**Kansas City, MO 64108**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.3 6 | **Harris County Toll Road Authority** | Last 4 digits of account number _____ | **$51.25** |

Nonpriority Creditor's Name
**PO Box 4440**
**Dept 9**
**Houston, TX 77210**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debts**

---

Debtor 1  **James Leslie Davis**

Debtor 2  **Barbara Anne Davis**

Case number (*if known*) _____

---

| 4.37 | **Hillcrest HealthCare System** | Last 4 digits of account number | 4696 | $754.74 |

Nonpriority Creditor's Name

**PO Box 1259**

**Dept. # 144963**

**Oaks, PA 19456**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Bill**

---

| 4.38 | **Hunter Douglas** | Last 4 digits of account number | 4169 | $14,812.48 |

Nonpriority Creditor's Name

**One Hunter Douglas Drive**

**Cumberland, MD 21502**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

| 4.39 | **Internet Domain Names Services** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**924 Bergen Avenue**

**Suite 289**

**Jersey City, NJ 07306-3018**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt**

---

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (if known) _____

| | | |
|---|---|---|
| **4.4 0** | **Jones, Gotcher & Bogan, PC** | |

Nonpriority Creditor's Name
**15 East 5th St., Suite 3800**
**Tulsa, OK 74103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$875.00**

**When was the debt incurred?**        **2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Attorney Contract**

---

| | | |
|---|---|---|
| **4.4 1** | **JP Technologies, LLC** | |

Nonpriority Creditor's Name
**2909 Langford Road**
**Suite #B-800**
**Norcross, GA 30071**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3417**        **$760.80**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| | | |
|---|---|---|
| **4.4 2** | **Kabbage, Inc.** | |

Nonpriority Creditor's Name
**730 Peachtree St. Suite 350**
**Atlanta, GA 30308**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **Unknown**

**When was the debt incurred?**        **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Line of Credit**

---

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

| 4.4 3 | **Konica Minolta Business Solutions USA** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**100 Williams Drive**
**Ramsey, NJ 07446**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7709**                $225.55

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.4 4 | **Landmark, CPA** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**2003 South Horsebarn Road**
**Suite 4**
**Rogers, AR 72758**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2000**                $58.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business Debt**

---

| 4.4 5 | **Landmark, CPA** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**2003 South Horsebarn Road**
**Suite 4**
**Rogers, AR 72758**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **7000**                $565.92

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

| | | |
|---|---|---|
| **4.4 6** | **Landmark, CPA** | Last 4 digits of account number   **6000**   $1,343.48 |

Nonpriority Creditor's Name
**2003 South Horsebarn Road**
**Suite 4**
**Rogers, AR 72758**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| | | |
|---|---|---|
| **4.4 7** | **Landmark, CPA** | Last 4 digits of account number   **3000**   $7,264.79 |

Nonpriority Creditor's Name
**2003 South Horsebarn Road**
**Suite 4**
**Rogers, AR 72758**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

| | | |
|---|---|---|
| **4.4 8** | **Lotus & Windoware, Inc.** | Last 4 digits of account number   **2657**   $55,863.02 |

Nonpriority Creditor's Name
**14450 Yorba Avenue**
**Chino, CA 91710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business Debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

| 4.4 9 | **Marcus Lawn Service** | Last 4 digits of account number _____ | **$383.25** |
|---|---|---|---|

Nonpriority Creditor's Name
**12926 Leonard Road**
**Gravette, AR 72736**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.5 0 | **Navy FCU** | Last 4 digits of account number  **8366** | **$4,317.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **Opened 09/17  Last Active 5/29/18**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.5 1 | **Nicole Emmel** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**1430 East 140th Place**
**Glenpool, OK 74033**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other**

---

Debtor 1   **James Leslie Davis**

Debtor 2   **Barbara Anne Davis**

Case number (*if known*) _____

---

| 4.5 2 | **Norman International Dallas, LLC** | Last 4 digits of account number | **4657** | **$371.22** |

Nonpriority Creditor's Name

**1175 North Stemmons FWY**
**Lewisville, TX 75067**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ Contingent

☐ At least one of the debtors and another

☐ Unliquidated

☐ **Check if this claim is for a  community debt**

■ Disputed

Is the claim subject to offset?

Type of NONPRIORITY unsecured claim:

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.5 3 | **Northeast Oklahoma Physician Network Inc** | Last 4 digits of account number | **1309** | **$24.50** |

Nonpriority Creditor's Name

**PO Box 871388**
**Kansas City, MO 64187**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical Bill**

---

| 4.5 4 | **Northeast Oklahoma Physician Network Inc** | Last 4 digits of account number | **9857** | **$24.50** |

Nonpriority Creditor's Name

**PO Box 871388**
**Kansas City, MO 64187**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical Bill**

---

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (if known) _____

---

| 4.5 5 | **Office Depot Business Credit** | Last 4 digits of account number | **5834** | **$1,207.79** |

Nonpriority Creditor's Name
**Dept. 56-8407835834**
**PO Box 78004**
**Phoenix, AZ 85062**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.5 6 | **Oklahoma Employment Security Commission** | Last 4 digits of account number | **0027** | **$184.00** |

Nonpriority Creditor's Name
**PO Box 52003**
**Oklahoma City, OK 73152-2006**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Taxes**

---

| 4.5 7 | **Oklahoma Employment Security Commission** | Last 4 digits of account number | **5115** | **$437.05** |

Nonpriority Creditor's Name
**PO Box 52006**
**Oklahoma City, OK 73152-2006**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Taxes**

---

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**

Case number (if known) _____

---

| 4.5 8 | **Oklahoma Turnpike Authority** | Last 4 digits of account number | **6515** | **$525.00** |

Nonpriority Creditor's Name
**Enforcement Branch**
**PO Box 960007**
**Oklahoma City, OK 73136**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.5 9 | **Pasadamo, Inc.** | Last 4 digits of account number | | **$700.00** |

Nonpriority Creditor's Name
**PO Box 516**
**Farmington, AR 72730**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt**

---

| 4.6 0 | **Pathology Laboratory Association** | Last 4 digits of account number | **0766** | **$135.15** |

Nonpriority Creditor's Name
**Dept. 2710**
**Tulsa, OK 74182**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical Bill**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**                                           Case number (if known) _____

| 4.6 1 | **Paychex Inc.** | Last 4 digits of account number | **9877** | **$1,269.85** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attention Bankruptcy Dept.**
**225 Kenneth Drive, Suite 100**
**Rochester, NY 14623**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.6 2 | **Paychex Inc.** | Last 4 digits of account number | **9877** | **$923.71** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attention Bankruptcy Dept.**
**225 Kenneth Drive, Suite 100**
**Rochester, NY 14623**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.6 3 | **PBC Ventures LLC f/k/a Parsons Blind LLC** | Last 4 digits of account number | | **$393,941.01** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**13317 N Highway 279**
**Hiwasse, AR 72739**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (*if known*) _____

---

| 4.6 4 | **Pentagon Federal Credit Union** | Last 4 digits of account number | **3581** | **$15,815.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 1432**
**Alexandria, VA 22313**

When was the debt incurred?   **Opened 09/17  Last Active 08/18**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.6 5 | **QuarterSpot, Inc.** | Last 4 digits of account number | **8926** | **$95,568.43** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**c/o Parker, Simon & Kokolis, LLC**
**110 North Washington Street**
**Suite 500**
**Rockville, MD 20850**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.6 6 | **Regional Medical Laboratory, Inc.** | Last 4 digits of account number | **8175** | **$50.90** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**DEPT 2803**
**Tulsa, OK 74182-0001**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill**

---

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

| 4.6 7 | **Regus Management Group, LLC** | Last 4 digits of account number | 8979 | $5,152.26 |

Nonpriority Creditor's Name
**PO Box 842456**
**Dallas, TX 75284**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.6 8 | **Republic Services #401** | Last 4 digits of account number | 3078 | $870.32 |

Nonpriority Creditor's Name
**PO Box 9001099**
**Louisville, KY 40290-1099**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.6 9 | **Richard Levin** | Last 4 digits of account number | 0001 | $12,944.36 |

Nonpriority Creditor's Name
**Hall & Estill**
**320 South Boston**
**Suite 200**
**Tulsa, OK 74103**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

---

| 4.7 0 | **Richard Levin** | Last 4 digits of account number | **0001** | **$9,491.47** |

Nonpriority Creditor's Name
**Hall & Estill**
**320 South Boston**
**Suite 200**
**Tulsa, OK 74103**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.7 1 | **Richard Levin** | Last 4 digits of account number | **0001** | **$203.04** |

Nonpriority Creditor's Name
**Hall & Estill**
**320 South Boston**
**Suite 200**
**Tulsa, OK 74103**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

| 4.7 2 | **Richard Levin** | Last 4 digits of account number | **0003** | **$729.00** |

Nonpriority Creditor's Name
**Hall & Estill**
**320 South Boston**
**Suite 200**
**Tulsa, OK 74103**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

---

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

---

| 4.7 3 | **Richard Levin** | Last 4 digits of account number | **0004** | | **$656.07** |

Nonpriority Creditor's Name

**Hall & Estill**
**320 South Boston**
**Suite 200**
**Tulsa, OK 74103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.7 4 | **Robert Half International** | Last 4 digits of account number | **3311** | | **$2,014.11** |

Nonpriority Creditor's Name

**c/o Allen Maxwell & Silver**
**PO Box 540**
**Fair Lawn, NJ 07410**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

| 4.7 5 | **Security Bankcard Center, Inc.** | Last 4 digits of account number | **2479** | | **$21,239.51** |

Nonpriority Creditor's Name

**PO Box 6139**
**Norman, OK 73070**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

| 4.7 6 | **Simmons Bank** | Last 4 digits of account number | **3494** | | **$25,000.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 7009**
**Pine Bluff, AR 71611**
Number Street City State Zip Code

When was the debt incurred? **Opened 12/16  Last Active 01/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Line of Credit**

| 4.7 7 | **Southwestern Electric Power** | Last 4 digits of account number | **1738** | | **$162.08** |

Nonpriority Creditor's Name
**PO Box 371496**
**Pittsburgh, PA 15250-7496**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

| 4.7 8 | **Southwestern Electric Power** | Last 4 digits of account number | **7916** | | **$73.83** |

Nonpriority Creditor's Name
**PO Box 371496**
**Pittsburgh, PA 15250-7496**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (*if known*) _____

---

| 4.7 9 | | | |
|---|---|---|---|

**Spring Window Fashions, LLC**
Nonpriority Creditor's Name
**PO Box 945792**
**Atlanta, GA 30394-5792**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7313

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt**

$44,411.36

---

| 4.8 0 | | | |
|---|---|---|---|

**St. John Broken Arrow**
Nonpriority Creditor's Name
**Dept. 2752**
**Tulsa, OK 74182**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7233

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

$1,811.12

---

| 4.8 1 | | | |
|---|---|---|---|

**St. John Clinic**
Nonpriority Creditor's Name
**PO Box 14099**
**Belfast, ME 04915**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 7661

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Bill**

$70.91

---

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number *(if known)* _____

---

| 4.8 2 | **St. John Physicians, Inc.** | **Last 4 digits of account number** _____ | **$308.75** |
|---|---|---|---|

Nonpriority Creditor's Name

**Dept 334**
**PO Box 21228**
**Tulsa, OK 74121-1228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill**

---

| 4.8 3 | **State Farm Bank** | **Last 4 digits of account number** **9108** | **$9,713.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 23025**
**Columbus, GA 31902-3025**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **Opened 09/17  Last Active 8/09/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.8 4 | **Stone Bank** | **Last 4 digits of account number** **6023** | **$2,707,245.39** |
|---|---|---|---|

Nonpriority Creditor's Name

**Three Financial Centre**
**900 South Shackleford Road**
**Little Rock, AR 72211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **12/16/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

| 4.8 5 | **Stone Bank** | Last 4 digits of account number | **5893** | $179,762.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Three Financial Centre**
**900 South Shackleford Road**
**Little Rock, AR 72211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **11/4/2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8 6 | **Stone Bank** | Last 4 digits of account number | **6403** | $125,696.07 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Three Financial Centre**
**900 South Shackleford Road**
**Little Rock, AR 72211**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **3/24/2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8 7 | **Surgical Associates, Inc** | Last 4 digits of account number | **8420** | $327.95 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 1545**
**Lowell, AR 72745**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Bill**

---

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

| 4.8 8 | **TD Auto Finance** | Last 4 digits of account number **3535** | **$12,919.04** |

Nonpriority Creditor's Name

**P.O. Box 9001865**
**Louisville, KY 40290**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Repossession**

---

| 4.8 9 | **Technology Insurance Company** | Last 4 digits of account number **3256** | **$435.00** |

Nonpriority Creditor's Name

**800 Superior Avenue East**
**21 Floor**
**Cleveland, OH 44114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

---

| 4.9 0 | **The Banister Family Limited Partnership** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**16 William Court**
**Conway, AR 72032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Other**

---

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

---

| 4.9<br>1 | **The Cincinnati Insurance Company** | Last 4 digits of account number | **0998** | **$3,098.00** |

Nonpriority Creditor's Name
**PO Box 145620**
**Cincinnati, OH 45250-5620**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business**

---

| 4.9<br>2 | **Timber Blind & Shutter** | Last 4 digits of account number | **1399** | **$4,066.36** |

Nonpriority Creditor's Name
**800 E Elm Street**
**McKinney, TX 75069**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9<br>3 | **Timmons Oil Company, Inc** | Last 4 digits of account number | **N003** | **$12,755.71** |

Nonpriority Creditor's Name
**PO Box 691140**
**Tulsa, OK 74169**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

---

| 4.9 4 | **Toyota Financial Services** | Last 4 digits of account number | **0001** | **$10,554.23** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 8026**
**Cedar Rapids, IA 52409**
Number Street City State Zip Code

When was the debt incurred? **Opened 07/18  Last Active 12/31/18**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Repossession**

---

| 4.9 5 | **Toyota Financial Services** | Last 4 digits of account number | **8879** | **$9,818.95** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 8026**
**Cedar Rapids, IA 52409**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Repossession**

---

| 4.9 6 | **Trans Services, Inc.** | Last 4 digits of account number | **5639** | **$1,015.10** |

Nonpriority Creditor's Name
**PO Box 13223**
**Overland Park, KS 66282-3223**
Number Street City State Zip Code

When was the debt incurred? **2/27/2018**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**

Case number (*if known*) _____

| 4.9 7 | **Trans Services, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 13223**
**Overland Park, KS 66282-3223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 5760

**When was the debt incurred?** 3/14/2018

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

$1,090.10

---

| 4.9 8 | **Trans Services, Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 13223**
**Overland Park, KS 66282-3223**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 5760

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

$1,090.10

---

| 4.9 9 | **Trinity Creek Homeowners Association** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**5630 S. Memorial Dr.**
**Tulsa, OK 74145**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 0101

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Other**

$1,156.57

---

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

---

| 4.1 00 | | | |
|---|---|---|---|

**Tulsa County District Attorney**

Nonpriority Creditor's Name

**201 W. 5th St.**
**Ste 450**
**Tulsa, OK 74103**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **$2,525.00**

**When was the debt incurred?**   **5/24/2019**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **DUI Fines and Costs**
**CM 2019-1917**

---

| 4.1 01 | | | |
|---|---|---|---|

**Tulsa Radiology Associates, Inc**

Nonpriority Creditor's Name

**Dept No. 61, PO Box 21228**
**Tulsa, OK 74121-1228**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1082**   **$166.10**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Bill**

---

| 4.1 02 | | | |
|---|---|---|---|

**TxTag**

Nonpriority Creditor's Name

**PO Box 650749**
**Dallas, TX 75265**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **5154**   **$7.14**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Turnpike**

---

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

---

| 4.1<br>03 | **UDC, LLC** | Last 4 digits of account number | **6848** | **Unknown** |

Nonpriority Creditor's Name
**3460 Lotus Drive**
**Suite 150**
**Plano, TX 75075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt Consolidation Payment**

---

| 4.1<br>04 | **Verizon** | Last 4 digits of account number | **0001** | **$170.27** |

Nonpriority Creditor's Name
**PO Box 489**
**Newark, NJ 07101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.1<br>05 | **Verliance** | Last 4 digits of account number | **0873** | **$100.00** |

Nonpriority Creditor's Name
**43406 Business Park Drive**
**Temecula, CA 92590**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known)

| 4.1 06 | **Watkins, Boyer, Gray & Curry, PLLC** | Last 4 digits of account number | | $524.48 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1106 West Poplar St**
**Rogers, AR 72756**

When was the debt incurred?     **80881**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business Debt**

---

**Part 3:     List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Account Control Systems, Inc.**
**5300 Kings Island Drive**
**Mason, OH 45040**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.83** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Alltran Financial, LP**
**PO Box 722929**
**Houston, TX 77272**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Alltran Financial, LP**
**PO Box 722929**
**Houston, TX 77272**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.94** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**AMCOL Systems, Inc.**
**PO Box 21625**
**Columbia, SC 29221**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.80** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Barr Credit Services, Inc.**
**5151 E. Broadway Blvd**
**Suite 800**
**Tucson, AZ 85711**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.96** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Barr Credit Services, Inc.**
**5151 E. Broadway Blvd**
**Suite 800**
**Tucson, AZ 85711**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.97** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Bethune & Associates**
**14435 North 7th Street**
**Suite 201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number (if known) _____

**Phoenix, AZ 85022**

| | |
|---|---|
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Brennan & Clark**<br>**721 East Madison Street**<br>**Suite 200**<br>**Villa Park, IL 60181** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Brennan & Clark**<br>**721 East Madison Street**<br>**Suite 200**<br>**Villa Park, IL 60181** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Coast to Coast Financial Solutions**<br>**101 Hodencamp Road**<br>**Suite 120**<br>**Thousand Oaks, CA 91360** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Corpotate Collection Services**<br>**PO Box 1500**<br>**Henrietta, NY 14467** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Corpotate Collection Services**<br>**PO Box 1500**<br>**Henrietta, NY 14467** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Crouch, Harwell, Fryar & Frener,**<br>**PLLC**<br>**111 Holcomb Street**<br>**PO Box 1400**<br>**Springdale, AR 72765** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Frost-Arnett Company**<br>**PO Box 198988**<br>**Nashville, TN 37219-8988** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Latham, Steele, Lehman, Keele,**<br>**Ratcliff,**<br>**1515 E 71st Street Ste 200**<br>**Tulsa, OK 74136** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**

Case number (*if known*) _____

| | |
|---|---|
| Name and Address<br>**Midland Credit Management**<br>PO Box 301030<br>Los Angeles, CA 90030-1030 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Mountain States Comm. Collections, Inc.**<br>333 West Hampden Avenue<br>Suite 80<br>Englewood, CO 80110 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.38** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Municipal Services Bureau**<br>PO Box 16755<br>Austin, TX 78761-6755 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**R1 Medical Financial Solutions**<br>PO Box 42008<br>Phoenix, AZ 85080-2008 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.80** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Revenue Systems, Inc.**<br>PO Box 15257<br>Clearwater, FL 33766-5257 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Robert W. Johnson**<br>9118 Third Avenue<br>Brooklyn, NY 11209 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.33** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Sayer Law Group**<br>925 E. 4th Street<br>Waterloo, IA 50703 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Security National Insurance Company**<br>800 Superior East Avenue<br>21st Floor<br>Bentonville, AR 72712 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Stillman Law Office, LLC**<br>50 Tower Office Park<br>Woburn, MA 01801 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**Synter Resources Group**<br>PO Box 63247<br>North Charleston, SC 29419 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.1** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| Name and Address<br>**TAB Services**<br>2448 E 81st St<br>Suite 4700<br>Tulsa, OK 74137-4250 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.101** of (*Check one*):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (if known) _____

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **The Commercial Collection Corp. of NY**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **The Commercial Collection Corp. of NY**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Transworld Systems**<br>**PO Box 17212**<br>**Wilmington, DE 19850** | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **UHG I LLC**<br>**6400 Sheridan Drive**<br>**Suite 138**<br>**Buffalo, NY 14221** | Line **4.64** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total Claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ 37,973.02 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 37,973.02 |

**Total claims from Part 2**

| | | | Total Claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 95,976.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 4,084,077.81 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 4,180,053.81 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name           Middle Name           Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name           Middle Name           Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **AT&T**<br>**PO Box 5001**<br>**Carol Stream, IL 60197-5001** | **Two year cell phone contract renewed February 2019.** |
| 2.2 | **Konica Minolta Business Solutions USA**<br>**100 Williams Drive**<br>**Ramsey, NJ 07446** | **Four year maintenance and service contract for business printer signed 3/30/2018.** |
| 2.3 | **Sharon O'Keefe**<br>**6809 Sierra Madre Dr.**<br>**Fort Worth, TX 76179** | **One year apartment rental contract signed January 25, 2019** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ■ No
    ☐ Yes.

In which community state or territory did you live?    **-NONE-**   . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1**   **Blind Spot, LLC** <br> **13427 North Highway 279** <br> **Hiwasse, AR 72739** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.63__ <br> ☐ Schedule G _____ <br> **PBC Ventures LLC f/k/a Parsons Blind LLC** |
| **3.2**   **Blind Spot, LLC** <br> **13427 North Highway 279** <br> **Hiwasse, AR 72739** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.44__ <br> ☐ Schedule G _____ <br> **Landmark, CPA** |

Debtor 1    **James Leslie Davis**
         **Barbara Anne Davis**          Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3   **Blind Spot, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>**Benton County Collector** |
| 3.4   **Blind Spot, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>**Office Depot Business Credit** |
| 3.5   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**FORA Financial** |
| 3.6   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>**Stone Bank** |
| 3.7   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**Simmons Bank** |
| 3.8   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>**Stone Bank** |
| 3.9   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>**Stone Bank** |
| 3.10   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>**Trans Services, Inc.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **James Leslie Davis**
      **Barbara Anne Davis**                                 Case number *(if known)* _____

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>**Trans Services, Inc.** |
| 3.12 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Konica Minolta Business Solutions USA** |
| 3.13 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Paychex Inc.** |
| 3.14 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>**State of Arkansas** |
| 3.15 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**PBC Ventures LLC f/k/a Parsons Blind LLC** |
| 3.16 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.1__<br>☐ Schedule G _____<br>**Oklahoma Tax Commission** |
| 3.17 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.3__<br>☐ Schedule G _____<br>**State of Arkansas** |
| 3.18 | **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>**Ally** |

Debtor 1    **James Leslie Davis**
            **Barbara Anne Davis**                                          Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>**Office Depot Business Credit** |
| 3.20  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**Republic Services #401** |
| 3.21  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**Culligan of NW Arkansas** |
| 3.22  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>**Security Bankcard Center, Inc.** |
| 3.23  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**Barr Credit Services, Inc.** |
| 3.24  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.38___<br>☐ Schedule G _____<br>**Hunter Douglas** |
| 3.25  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>**Toyota Financial Services** |
| 3.26  **Finish Strong, LLC**<br>13427 North Highway 279<br>Hiwasse, AR 72739 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**De Lage Landen Financial Services, Inc.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1  **James Leslie Davis**
**Barbara Anne Davis**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.27 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Cox Communications**

---

3.28 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.94___
☐ Schedule G _____
**Toyota Financial Services**

---

3.29 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.48___
☐ Schedule G _____
**Lotus & Windoware, Inc.**

---

3.30 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.93___
☐ Schedule G _____
**Timmons Oil Company, Inc**

---

3.31 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
**Norman International Dallas, LLC**

---

3.32 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.98___
☐ Schedule G _____
**Trans Services, Inc.**

---

3.33 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**AmTrust North America**

---

3.34 **Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

■ Schedule D, line ___2.7___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Professional Business Systems, Inc.**

---

Debtor 1    **James Leslie Davis**
         **Barbara Anne Davis**                       Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.35   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Cox Communications** |
| 3.36   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**CNK Computer Service** |
| 3.37   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**CNK Computer Service** |
| 3.38   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>**Verliance** |
| 3.39   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>**Spring Window Fashions, LLC** |
| 3.40   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Forest Hills Blvd. LLC** |
| 3.41   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**Southwestern Electric Power** |
| 3.42   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>**Technology Insurance Company** |

Debtor 1   **James Leslie Davis**
**Barbara Anne Davis**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.43   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.104**<br>☐ Schedule G _____<br>**Verizon** |
| 3.44   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.47**<br>☐ Schedule G _____<br>**Landmark, CPA** |
| 3.45   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.12**<br>☐ Schedule G _____<br>**Beall Barclay** |
| 3.46   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.65**<br>☐ Schedule G _____<br>**QuarterSpot, Inc.** |
| 3.47   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ■ Schedule D, line   **2.5**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Dell Business Credit** |
| 3.48   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.57**<br>☐ Schedule G _____<br>**Oklahoma Employment Security Commission** |
| 3.49   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.78**<br>☐ Schedule G _____<br>**Southwestern Electric Power** |
| 3.50   **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.62**<br>☐ Schedule G _____<br>**Paychex Inc.** |

| Debtor 1 | **James Leslie Davis**<br>**Barbara Anne Davis** | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.51 **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ■ Schedule D, line __2.6__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Konica Minolta Business Solutions USA** |
| 3.52 **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**Kabbage, Inc.** |
| 3.53 **James L Davis, LLC**<br>**4636 South 167th East Avenue**<br>**Tulsa, OK 74134** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Landmark, CPA** |
| 3.54 **JL Davis & Sons LLC**<br>**4636 South 167th East Ave**<br>**Tulsa, OK 74134** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**Stone Bank** |
| 3.55 **JL Davis & Sons LLC**<br>**4636 South 167th East Ave**<br>**Tulsa, OK 74134** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Landmark, CPA** |
| 3.56 **JL Davis & Sons LLC**<br>**4636 South 167th East Ave**<br>**Tulsa, OK 74134** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>**Watkins, Boyer, Gray & Curry, PLLC** |
| 3.57 **JL Davis & Sons LLC**<br>**4636 South 167th East Ave**<br>**Tulsa, OK 74134** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Harris County Toll Road Authority** |
| 3.58 **JL Davis & Sons LLC**<br>**4636 South 167th East Ave**<br>**Tulsa, OK 74134** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Blue Cross Blue Shield** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **James Leslie Davis**<br>**Barbara Anne Davis** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.59   JL Davis & Sons LLC<br>4636 South 167th East Ave<br>Tulsa, OK 74134 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Oklahoma Employment Security Commission** |
| 3.60   Jobsite Supply, LLC<br>75 N. East Avenue<br>Suite 402<br>Fayetteville, AR 72701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Office Depot Business Credit** |
| 3.61   Jobsite Supply, LLC<br>75 N. East Avenue<br>Suite 402<br>Fayetteville, AR 72701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.25**___<br>☐ Schedule G _____<br>**Culligan of NW Arkansas** |
| 3.62   Jobsite Supply, LLC<br>75 N. East Avenue<br>Suite 402<br>Fayetteville, AR 72701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.69**___<br>☐ Schedule G _____<br>**Richard Levin** |
| 3.63   Jobsite Supply, LLC<br>75 N. East Avenue<br>Suite 402<br>Fayetteville, AR 72701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.67**___<br>☐ Schedule G _____<br>**Regus Management Group, LLC** |
| 3.64   Jobsite Supply, LLC<br>75 N. East Avenue<br>Suite 402<br>Fayetteville, AR 72701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.93**___<br>☐ Schedule G _____<br>**Timmons Oil Company, Inc** |
| 3.65   Jobsite Supply, LLC<br>75 N. East Avenue<br>Suite 402<br>Fayetteville, AR 72701 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.59**___<br>☐ Schedule G _____<br>**Pasadamo, Inc.** |

| Debtor 1 | **James Leslie Davis**<br>**Barbara Anne Davis** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.66 **Jobsite Supply, LLC**<br>**75 N. East Avenue**<br>**Suite 402**<br>**Fayetteville, AR 72701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>**The Cincinnati Insurance Company** |
| 3.67 **Jobsite Supply, LLC**<br>**75 N. East Avenue**<br>**Suite 402**<br>**Fayetteville, AR 72701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G _____<br>**QuarterSpot, Inc.** |
| 3.68 **Jobsite Supply, LLC**<br>**75 N. East Avenue**<br>**Suite 402**<br>**Fayetteville, AR 72701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**Richard Levin** |
| 3.69 **Jobsite Supply, LLC**<br>**75 N. East Avenue**<br>**Suite 402**<br>**Fayetteville, AR 72701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Richard Levin** |
| 3.70 **Jobsite Supply, LLC**<br>**75 N. East Avenue**<br>**Suite 402**<br>**Fayetteville, AR 72701** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**Richard Levin** |
| 3.71 **Mark C. Davis**<br>**6809 Sierra Madre Drive**<br>**Fort Worth, TX 76179** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>**Northeast Oklahoma Physician Network Inc** |
| 3.72 **Mark C. Davis**<br>**6809 Sierra Madre Drive**<br>**Fort Worth, TX 76179** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**Discover Student Loans** |

Debtor 1    **James Leslie Davis**
         **Barbara Anne Davis**                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.73 | **Mark C. Davis**<br>**6809 Sierra Madre Drive**<br>**Fort Worth, TX 76179** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**St. John Clinic** |
| 3.74 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.75__<br>☐ Schedule G _____<br>**Security Bankcard Center, Inc.** |
| 3.75 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.55__<br>☐ Schedule G _____<br>**Office Depot Business Credit** |
| 3.76 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**Republic Services #401** |
| 3.77 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Hunter Douglas** |
| 3.78 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**FORA Financial** |
| 3.79 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Timber Blind & Shutter** |
| 3.80 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**Trans Services, Inc.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor 1 | **James Leslie Davis** | Case number *(if known)* | |
| | **Barbara Anne Davis** | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.81 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**AmTrust North America**

---

3.82 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Fedex**

---

3.83 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Cox Communications**

---

3.84 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**Forest Hills Blvd. LLC**

---

3.85 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.89___
☐ Schedule G _____
**Technology Insurance Company**

---

3.86 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.47___
☐ Schedule G _____
**Landmark, CPA**

---

3.87 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**Beall Barclay**

---

3.88 **Parsons Blind Company**
PO Box 87
Hiwasse, AR 72739

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
**QuarterSpot, Inc.**

---

Debtor 1  **James Leslie Davis**
          **Barbara Anne Davis**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.89 | **Parsons Blind Company**<br>**PO Box 87**<br>**Hiwasse, AR 72739** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**Robert Half International** |
| 3.90 | **Window Revolution**<br>**1202 NE McClain Road**<br>**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.55___<br>☐ Schedule G _____<br>**Office Depot Business Credit** |
| 3.91 | **Window Revolution**<br>**1202 NE McClain Road**<br>**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**Republic Services #401** |
| 3.92 | **Window Revolution**<br>**1202 NE McClain Road**<br>**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**Culligan of NW Arkansas** |
| 3.93 | **Window Revolution**<br>**1202 NE McClain Road**<br>**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**Richard Levin** |
| 3.94 | **Window Revolution**<br>**1202 NE McClain Road**<br>**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Konica Minolta Business Solutions USA** |
| 3.95 | **Window Revolution**<br>**1202 NE McClain Road**<br>**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.33___<br>☐ Schedule G _____<br>**FORA Financial** |
| 3.96 | **Window Revolution**<br>**1202 NE McClain Road**<br>**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**AAA Cooper Transportation** |

Debtor 1   **James Leslie Davis**
　　　　　**Barbara Anne Davis**　　　　　　　　　　Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.97　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.93__<br>☐ Schedule G _____<br>**Timmons Oil Company, Inc** |
| 3.98　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Pasadamo, Inc.** |
| 3.99　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>**Verliance** |
| 3.10<br>0　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**JP Technologies, LLC** |
| 3.10<br>1　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Forest Hills Blvd. LLC** |
| 3.10<br>2　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**The Cincinnati Insurance Company** |
| 3.10<br>3　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Marcus Lawn Service** |
| 3.10<br>4　**Window Revolution**<br>　　　　**1202 NE McClain Road**<br>　　　　**Bentonville, AR 72712** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.74__<br>☐ Schedule G _____<br>**Robert Half International** |

| Debtor 1 | **James Leslie Davis** **Barbara Anne Davis** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.10 5
**Window Revolution**
**1202 NE McClain Road**
**Bentonville, AR 72712**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.71___
☐ Schedule G _____
**Richard Levin**

---

3.10 6
**Window Revolution**
**1202 NE McClain Road**
**Bentonville, AR 72712**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.72___
☐ Schedule G _____
**Richard Levin**

---

3.10 7
**Window Revolution**
**1202 NE McClain Road**
**Bentonville, AR 72712**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.73___
☐ Schedule G _____
**Richard Levin**

---

3.10 8
**Window Revolution**
**1202 NE McClain Road**
**Bentonville, AR 72712**

☐ Schedule D, line _____
☑ Schedule E/F, line ___4.78___
☐ Schedule G _____
**Southwestern Electric Power**

---

3.10 9
**Window Revolution**
**1202 NE McClain Road**
**Bentonville, AR 72712**

☑ Schedule D, line ___2.6___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Konica Minolta Business Solutions USA**

---

3.11 0
**Finish Strong, LLC**
**13427 North Highway 279**
**Hiwasse, AR 72739**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G ___2.2___
**Konica Minolta Business Solutions USA**

---

3.11 1
**Window Revolution**
**1202 NE McClain Road**
**Bentonville, AR 72712**

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G ___2.2___
**Konica Minolta Business Solutions USA**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Schedule H: Your Codebtors
Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| Debtor 2 (Spouse, if filing) | **Barbara Anne Davis** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Manufacturer's Contractor 1099** | **Teacher** |
| | Employer's name | **Convergent Concrete Technologies** | **Broken Arrow Public Schools** |
| | Employer's address | **6809 Sierra Madre Drive Fort Worth, TX 76119** | **701 South Main Street Broken Arrow, OK 74012** |
| | How long employed there? | 5 Months | 8 Months |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 4,275.74 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 4,275.74 |

Debtor 1 **James Leslie Davis**
Debtor 2 **Barbara Anne Davis**

Case number (*if known*) _____

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here ............................................................ | 4. | $ 0.00 | $ 4,275.74 |

5. **List all payroll deductions:**

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 582.85 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 | + $ 0.00 |

| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 582.85 |
|---|---|---|---|---|
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 3,692.89 |

8. **List all other income regularly received:**

| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 8,050.00 | $ 0.00 |
|---|---|---|---|---|
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 | + $ 0.00 |

| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 8,050.00 | $ 0.00 |
|---|---|---|---|---|

| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 8,050.00 + $ 3,692.89 = $ 11,742.89 |
|---|---|---|---|

| 11. | **State all other regular contributions to the expenses that you list in *Schedule J.*** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: | 11. | + $ 0.00 |
|---|---|---|---|

| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 11,742.89 |
|---|---|---|---|

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1 **James Leslie Davis**

Debtor 2 **Barbara Anne Davis**
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

■ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.     ■ Yes.   Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **19** | ■ No ☐ Yes |
| **Son** | **20** | ■ No ☐ Yes |
| **Son** | **22** | ■ No ☐ Yes |
|  |  | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ 3,003.00

If not included in line 4:

| 4a. | Real estate taxes | 4a. $ | 0.00 |
|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 75.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1  **James Leslie Davis**
Debtor 2  **Barbara Anne Davis**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 119.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 115.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 800.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 200.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 764.00 |
| | 15b. | Health insurance | 15b. $ | 2,180.00 |
| | 15c. | Vehicle insurance | 15c. $ | 880.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 772.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 1,124.00 |
| | 17c. | Other. Specify: **Car Payments for Vehicle 3** | 17c. $ | 469.89 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 11,401.89 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 11,401.89 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | | 23a. $ | 11,742.89 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 11,401.89 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | | 23c. $ | 341.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.      Explain here: _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ James Leslie Davis** | X **/s/ Barbara Anne Davis** |
|---|---|
| **James Leslie Davis** | **Barbara Anne Davis** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **May 30, 2019** | Date **May 30, 2019** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James Leslie Davis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Barbara Anne Davis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

   ■  Married
   ☐  Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

   ■  No
   ☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■  No
   ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2     Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐  No
   ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $50,000.00 | ■ Wages, commissions, bonuses, tips | $18,306.00 |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**

Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$22,692.31** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$7,307.71** |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$151,055.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$5,606.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2018 )** | **IRA Distributions** | **$44,000.00** | | |
| | **Janice Bannister** | **$15,000.00** | | |
| | **Carolyn Allen** | **$5,000.00** | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2017 )** | **Other** | **$5,606.00** | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ☐ No.   Go to line 7.
    ■ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **James Leslie Davis** | | |
|---|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* | |

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Sharon O'Keefe** | **Monthly** | **$1,450.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other__**Business Rent**__ |
| **Ally Financial**<br>**Attn: Bankruptcy Dept**<br>**Po Box 380901**<br>**Bloomington, MN 55438** | **Monthly** | **$469.00** | **$15,585.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Chrysler Financial/TD Auto**<br>**Attn: Bankruptcy**<br>**Po Box 9223**<br>**Farmington Hills, MI 48333** | **Monthly** | **$773.00** | **$38,993.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Chrysler Financial/TD Auto**<br>**Attn: Bankruptcy**<br>**Po Box 9223**<br>**Farmington Hills, MI 48333** | **Monthly** | **$1,124.00** | **$61,172.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **AT&T**<br>**PO Box 5001**<br>**Carol Stream, IL 60197-5001** | **Monthly** | **$741.00** | **$1,534.18** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other__**Cellular Contract**__ |
| **Blue Cross Blue Shield**<br>**PO Box 3283**<br>**Tulsa, OK 74102** | **Monthly** | **$2,104.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other__**Health Insurance**__ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**

Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **The Denton Law Firm**<br>**320 South Boston Avenue**<br>**Suite 1030**<br>**Tulsa, OK 74103** | **April 3, 2019** | **$2,000.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Legal Fees** |
| **American General Life Insurance**<br>**9640 Granite Ridge Drive**<br>**Suite 200**<br>**San Diego, CA 92123** | **Monthly** | **$764.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Life Insurance** |
| **Genworth Life and Annuity**<br>**Insurance Co**<br>**6610 West Broad Street**<br>**Richmond, VA 23230** | **Febraury 20, 2019** | **$741.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Life Insurance** |
| **Rea & Associates**<br>**2579 Shawnee Road**<br>**Lima, OH 45806** | **April 11, 2019** | **$6,045.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Tax Preparation** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **James Leslie Davis** | | |
|---|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* | |

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Fora Financial Advance, LLC v. Finish Strong, et. al.**<br>**615988/2018** | **Civil** | **Sp. Ct. of the St. of NY for Nassau Cty.**<br>**100 Supreme Court Drive**<br>**Mineola, NY 11501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Simmons Bank v. James L. Davis**<br>**04cv-18-3190** | **Civil** | **Benton County District Court**<br>**102 NE A Street**<br>**Bentonville, AR 72712** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **QuarterSpot, Inc v. Finish Strong, LLC**<br>**013CL19001168-00** | **Civil** | **Arlington Circuit Court of Virgina**<br>**Civil Division**<br>**1425 North Courthouse Road**<br>**Arlington, VA 22201** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **PBC Ventures, LLC, et. al. v. James L. Davis, et. al.**<br>**04CV-19-612** | **Civil** | **Circuit Court for Benton County, AR**<br>**102 Northeast A Street**<br>**Bentonville, AR 72712** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **State of Oklahoma v. James Davis**<br>**CM-2019-1917** | **Traffic** | **Tulsa County District Court**<br>**500 S. Denver Ave.**<br>**Tulsa, OK 74103** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Toyota Financial Services**<br>**Attn: Bankruptcy**<br>**Po Box 8026**<br>**Cedar Rapids, IA 52409** | **2018 Toyota Tundra**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **3/11/2019** | **$25,100.00** |
| **Toyota Financial Services**<br>**Attn: Bankruptcy**<br>**Po Box 8026**<br>**Cedar Rapids, IA 52409** | **2018 Toyota Tundra**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **1/10/2019** | **$42,100.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **James Leslie Davis**
Debtor 2   **Barbara Anne Davis**                                        Case number *(if known)* _____

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **TD Auto Finance**<br>**P.O. Box 9001865**<br>**Louisville, KY 40290** | **2016 Dodge Ram 1500 4WD**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **March 2019** | **$23,400.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ☐ No
    ■ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Bank Of America**<br>**Po Box 17054**<br>**Wilmington, DE 19850** | **Setoff**<br>Last 4 digits of account number:   ___3270___ | **April 4, 2019** | **$2,927.70** |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Life Church**<br>**7015 East 41st Street**<br>**Tulsa, OK 74145** | **Tithes and offerings** | **2017-2019** | **$16,100.00** |

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

| Debtor 1 | **James Leslie Davis** | | |
|---|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* | |

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Evergreen Financial Counseling<br>PO Box 3801<br>Salem, OR 97302<br>www.evergreenclass.com** | **Credit Counseling Course** | | **$19.99** |
| **Brown Law Firm PC<br>715 S. Elgin Ave.<br>Tulsa, OK 74120<br>ron@ronbrownlaw.com** | **Attorney Fees** | **April May 2019** | **$3,190.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Brown Law Firm P.C.<br>715 S. Elgin Ave.<br>Tulsa, OK 74120** | **Payment for Legal Services related to Finish Strong business in Arkansas paid from Hall Estill IOLTA trust account-** | **January 22, 2019** | **$3,190.00** |
| **Hall, Estall<br>320 S Boston, Ste 200<br>Tulsa, OK 74103** | **Attorney fees for businesses and personal affairs, primarily Finish Strong LLC representation** | **various** | **$60,000.00** |
| **Watkins Boyer Gray & Curry PLLC<br>1106 W Poplar St<br>Rogers, AR 72756** | **Legal Representation for Finish Strong- most was paid by business** | **various** | **Unknown** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

| Debtor 1 | **James Leslie Davis** | | |
|---|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* | |

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Jim Wilson and Gabriella Wilson**<br>**301 E GLENDALE ST**<br>**Broken Arrow, OK 74011**<br><br>**none** | **Real Property located at 308 & 312 East Fredericksburg Street, Broken Arrow, Oklahoma 74011** | **The Debtors received $100,000.00 from the sale. $50,000.00 of ther proceeds were paid to Dick Levin at Hall & Estill and $50,000.00 were applied to the principle on the Stone Bank SBA loan.** | **October 30, 2018** |
| **Adam Crayk**<br>**address unknown**<br><br>**none** | **2000 Ford Excursion** | **The Debtors received $23,500.00. The Debtors used the funds to pay for living expenses and pay bills during business downturn.** | **September 5, 2017** |
| **Big Mac Marine, LLC**<br>**175 Krebs Ranch Road**<br>**Eufaula, OK 74432**<br><br>**none** | **Mud Buddy duck hunting boat** | **The Debtors received $15,000.00. The Debtors used the funds to pay for living expenses and pay bills during business downturn.** | **8/24/17** |
| **The Jewelry Buying Company**<br>**6059 S. Sheridan Rd**<br>**Tulsa, OK 74145**<br><br>**none** | **Rolex watch, David Yurman bracelets and miscellaneous jewelry** | **Debtors received $9,000. The Debtors used the funds to pay for living expenses and pay bills during business down turn.** | **November 2018** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Part 8: | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Arvest Bank**<br>**502 South Main**<br>**Tulsa, OK 74103** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **January 2019** | **$0.00** |

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**

Case number (*if known*)

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Bank Of America**<br>**Po Box 15855**<br>**Wilmington, DE 19850** | **James Leslie Davis**<br>**4636 South 167th East Avenue**<br>**Tulsa, OK 74134** | **Debtors' Last Will and Testament along with other legal documents.** | ☐ No<br>■ Yes |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Mark Davis**<br>**4636 South 167th East Avenue**<br>**Tulsa, OK 74134** | **4636 South 167th East Avenue**<br>**Tulsa, OK 74134** | **RV** | **Unknown** |
| **Mark Davis**<br>**4636 South 167th East Avenue**<br>**Tulsa, OK 74134** | **4636 South 167th East Avenue**<br>**Tulsa, OK 74134** | **Harley-Davidson Motorcycle** | **Unknown** |

Part 10:  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

| Debtor 1 | **James Leslie Davis** | |
|---|---|---|
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* |

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** **Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

■ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Finish Strong, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | **Window and blind installation and repair**<br><br>Rea & Associates, Inc,<br>2579 Shawnee Road<br>Lima, OH 45806 | EIN:  **813020744**<br><br>From-To  **June 2016 through December 2018** |
| **JL Davis & Sons LLC**<br>**4636 South 167th East Ave**<br>**Tulsa, OK 74134** | **Real estate and investments holding company**<br><br>Rea & Associates, Inc,<br>2579 Shawnee Road<br>Lima, OH 45806 | EIN:  **812058644**<br><br>From-To  **March 2016 through Present** |
| **James L Davis, LLC**<br>**4636 South 167th East Avenue**<br>**Tulsa, OK 74134** | **Real Estate Development**<br><br>Rea & Associates, Inc,<br>2579 Shawnee Road<br>Lima, OH 45806 | EIN:  **7735**<br><br>From-To  **August 2016 through Present** |
| **Blind Spot, LLC**<br>**13427 North Highway 279**<br>**Hiwasse, AR 72739** | **Real estate and investment holding company**<br><br>Rea & Associates, Inc,<br>2579 Shawnee Road<br>Lima, OH 45806 | EIN:  **81-3595826**<br><br>From-To  **August 2016 through December 2018** |

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**

Case number (*if known*) _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Jobsite Supply, LLC**<br>**75 N. East Avenue**<br>**Suite 402**<br>**Fayetteville, AR 72701** | **Shell holding company** | EIN:<br><br>From-To   **April 2018 through present** |
| **Klingler & Son, LLC**<br>**4636 South 167th East**<br>**Tulsa, OK 74134** | **Real estate and investment**<br>**holding company** | EIN:     **-7735**<br><br>From-To   **May 2018 through present** |
| **The Banister Family Limited**<br>**Partnership**<br>**16 Williamsburg Court**<br>**Conway, AR 72034** | **Estate planning device**<br><br>**Engelkes, Felts & Barnhardt, Ltd.**<br>**1225 Front Street**<br>**Conway, AR 72032** | EIN:<br><br>From-To   **December 2, 1998 through**<br>**Present** |
| **JL Davis Enterprises, LLC**<br>**6809 Sierra Madre Drive**<br>**Fort Worth, TX 76179** | **Manufacturing sales**<br><br>**Rea & Associates, Inc,**<br>**2579 Shawnee Road**<br>**Lima, OH 45806** | EIN:     **83-3461154**<br><br>From-To   **February 2019 through Present** |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

- ☑ **No**
- ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ James Leslie Davis** _____
**James Leslie Davis**
**Signature of Debtor 1**

**/s/ Barbara Anne Davis** _____
**Barbara Anne Davis**
**Signature of Debtor 2**

Date   **May 30, 2019** _____

Date   **May 30, 2019** _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
- ☑ No
- ☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
- ☑ No
- ☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James Leslie Davis** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Barbara Anne Davis** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2015 Dodge Charger 40000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |
| Creditor's name: **BB&T**<br><br>Description of property securing debt: **4636 South 167th East Avenue Tulsa, OK 74134  Tulsa County Legal: Lot Thirty-Two (32), Block Nine 9, Trinity Creek II, a Subdivision of the City of Tulsa, Tulsa County, State of Oklahoma, according tot he recorded Plat thereof.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |
| Creditor's name: **Chrysler Financial/TD Auto** | ☐ Surrender the property. | ☐ No |

Debtor 1    **James Leslie Davis**
Debtor 2    **Barbara Anne Davis**                        Case number *(if known)*

| | | | |
|---|---|---|---|
| name: | | ☐ Retain the property and redeem it. | ■ Yes |
| Description of property securing debt: | **2016 Jeep Grand Cherokee 38000 miles includes emission warranty claim-** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | |
| Creditor's name: | **Chrysler Financial/TD Auto** | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: | **2017 Dodge Ram 2500 113000 miles** | ■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ Yes |
| Creditor's name: | **Dell Business Credit** | ■ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | **Dell Computer** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ Yes |
| Creditor's name: | **Konica Minolta Business Solutions USA** | ■ Surrender the property.<br>☐ Retain the property and redeem it. | ☐ No |
| Description of property securing debt: | **Leased Printer** | ☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ Yes |

**Part 2:**    **List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Konica Minolta Business Solutions USA** | ■ No<br><br>☐ Yes |
| Description of leased Property: | **Four year maintenance and service contract for business printer signed 3/30/2018.** | |

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X    **/s/ James Leslie Davis**                      X    **/s/ Barbara Anne Davis**
     **James Leslie Davis**                              **Barbara Anne Davis**
     Signature of Debtor 1                                  Signature of Debtor 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **James Leslie Davis** | | |
| Debtor 2 | **Barbara Anne Davis** | Case number *(if known)* | |

| | | | |
|---|---|---|---|
| Date | **May 30, 2019** | Date | **May 30, 2019** |

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **James Leslie Davis**
     **Barbara Anne Davis**

                             Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

          For legal services, I have agreed to accept                                   $           **3,190.00**

          Prior to the filing of this statement I have received                   $           **3,190.00**

          Balance Due                                              $           **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor     □ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor     □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
          **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; meeting of creditors.  In addition to portion of fee paid as stated herein, the court's filing fee and a credit report fee for each party has been paid by client(s).**
          **Also, debtor have been advised they have no legal obligation to pay any outstanding attorney fees owing at time of bankrutpcy filing and that payments post-petition are strictly voluntary.**
          **Client may use the services of 722redemption.com to providing funding for redemptions of vehicles; debtor will borrow $700 from 722redemption.com to pay attorney fees for attorney fees to obtain redemption.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, 2004 exams or any other adversary or contested matter/proceeding. In Chapter 13 Bankruptcy Cases, attorney time, legal assistant time, and expenses will be billed against the file at the rate of $275.00 per hour for attorney time, $75.00 per hour for legal assistant time (or the firm's current billing rates), and actual expenses. If such time and expenses exceed the amount stated above, an application to the Court may be made for additional fees and expenses to be paid through the Chapter 13 Plan or by the Debtor(s) as the Court orders may provide.**

In re    **James Leslie Davis**
       **Barbara Anne Davis**                   Case No. _____

                      Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 30, 2019**                      **/s/ Ron D. Brown OBA**
*Date*                                   **Ron D. Brown OBA 16352**
                                       *Signature of Attorney*
                                       **Brown Law Firm PC**
                                       **715 S. Elgin Ave.**
                                       **Tulsa, OK 74120**
                                       **918-585-9500   Fax: 866-552-4874**
                                       **ron@ronbrownlaw.com**
                                       *Name of law firm*

Revised 02/2012

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **James Leslie Davis**
**Barbara Anne Davis**

Case No.

Debtor(s)    Chapter  **7**

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

■    Original
☐    Amendment
☐    Add    ☐    Delete

        I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

        I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

        **If this filing is an amendment to the creditor list, indicate _only_ the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

    **128**    # of Creditors (or if amended, # of creditors added)

Method of submission:
    a)   **X**   uploaded to Electronic Case Filing System; or
    b)  _____Creditor List Submission application (to be used by Pro Se filers, found on the Court's website at
                www.oknb.uscourts.gov, or available in the Clerk's Office)
_____# of Creditors (on attached list) to be deleted

**/s/ James Leslie Davis**

Debtor Signature
Address:(if not represented by an attorney)

Phone:(if not represented by an attorney)

**/s/ Ron D. Brown OBA**

Attorney Signature
**Ron D. Brown OBA 16352**
**Brown Law Firm PC**
**715 S. Elgin Ave.**
**Tulsa, OK 74120-0000**
**918-585-9500**
**866-552-4874**
**ron@ronbrownlaw.com**

**/s/ Barbara Anne Davis**

Joint Debtor Signature
Address:(if not represented by an attorney)

Phone:(if not represented by an attorney)

Date: **May 30, 2019**

*[Check if applicable]*
___ Creditors with foreign addresses included

AAA Cooper Transportation
PO Box 935003
Atlanta, GA 31193-5003

Account Control Systems, Inc.
5300 Kings Island Drive
Mason, OH 45040

Aes/rbs Citizens Bank
Attn: Bankruptcy Dept
Po Box 2461
Harrisburg, PA 17105

Alliant
PO Box 66945
Chicago, IL 60666-0945

Alliant CU
Attn: Bankruptcy
Po Box 66945
Chicago, IL 60666

Alltran Financial, LP
PO Box 722929
Houston, TX 77272

Ally
PO Box 380903
Minneapolis, MN 55438

Ally Financial
Attn: Bankruptcy Dept
Po Box 380901
Bloomington, MN 55438

AMCOL Systems, Inc.
PO Box 21625
Columbia, SC 29221

AmTrust North America
800 Superior Avenue East
Cleveland, OH 44114

Arvest Bank
PO Box 799
Lowell, AR 72745-1670

AT&T
PO Box 5001
Carol Stream, IL 60197-5001

Bank Of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Bank Of America
Po Box 17054
Wilmington, DE 19850

Barr Credit Services, Inc.
5151 E. Broadway Blvd
Suite 800
Tucson, AZ 85711

BB&T
In Care of Bankruptcy Dept
Po Box 1847
Wilson, NC 27894

Beall Barclay
2005 West Elm Street
Rogers, AR 72758

Benton County Collector
215 East Central Avenue
Room 101
Bentonville, AR 72712

Bethune & Associates
14435 North 7th Street
Suite 201
Phoenix, AZ 85022

Blind Spot, LLC
13427 North Highway 279
Hiwasse, AR 72739

Blue Cross Blue Shield
PO Box 3283
Tulsa, OK 74102

Brennan & Clark
721 East Madison Street
Suite 200
Villa Park, IL 60181

Capital One/Bass Pro Shops
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Chrysler Financial/TD Auto
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117

Citizens Bank
PO Box 4140
Farmington, NM 87499

City of North Richland Hills
Phot Enforcement Customer Service Center
PO Box 42034
Phoenix, AZ 85080

CNK Computer Service
28 Rivercliff Road
Rogers, AR 72756

Coast to Coast Financial Solutions
101 Hodencamp Road
Suite 120
Thousand Oaks, CA 91360

Corpotate Collection Services
PO Box 1500
Henrietta, NY 14467

Cox Communications
PO Box 21039
Tulsa, OK 74121-1039

Cox Communications
Attn: CSS
PO Box 248871
Oklahoma City, OK 73124

Crouch, Harwell, Fryar & Frener, PLLC
111 Holcomb Street
PO Box 1400
Springdale, AR 72765

Culligan of NW Arkansas
305 Commercial Avenue
PO Box 689
Lowell, AR 72745

De Lage Landen Financial Services, Inc.
PO Box 41602
Philadelphia, PA 19101

Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197

Discover Student Loans
Attn: Bankruptcy
Po Box 30948
Salt Lake City, UT 84130

Fedex
U.S. Collections Department
PO Box 660481
Dallas, TX 75266

Finish Strong, LLC
13427 North Highway 279
Hiwasse, AR 72739

FORA Financial
519 8th Ave
11th Floor
New York, NY 10018

Forest Hills Blvd. LLC
PO Box 1035
Siloam Springs, AR 72761-5000

Frost-Arnett Company
PO Box 198988
Nashville, TN 37219-8988

General Services Administration
c/o USDA-OCFO
FInancial Information Control Branch
2300 Main Street, Ste 2SE
Kansas City, MO 64108

Harris County Toll Road Authority
PO Box 4440
Dept 9
Houston, TX 77210

Hillcrest HealthCare System
PO Box 1259
Dept. # 144963
Oaks, PA 19456

Hunter Douglas
One Hunter Douglas Drive
Cumberland, MD 21502

Internet Domain Names Services
924 Bergen Avenue
Suite 289
Jersey City, NJ 07306-3018

James L Davis, LLC
4636 South 167th East Avenue
Tulsa, OK 74134

JL Davis & Sons LLC
4636 South 167th East Ave
Tulsa, OK 74134

Jobsite Supply, LLC
75 N. East Avenue
Suite 402
Fayetteville, AR 72701

Jones, Gotcher & Bogan, PC
15 East 5th St., Suite 3800
Tulsa, OK 74103

JP Technologies, LLC
2909 Langford Road
Suite #B-800
Norcross, GA 30071

Kabbage, Inc.
730 Peachtree St. Suite 350
Atlanta, GA 30308

Konica Minolta Business Solutions USA
100 Williams Drive
Ramsey, NJ 07446

Landmark, CPA
2003 South Horsebarn Road
Suite 4
Rogers, AR 72758

Latham, Steele, Lehman, Keele, Ratcliff,
1515 E 71st Street Ste 200
Tulsa, OK 74136

Lotus & Windoware, Inc.
14450 Yorba Avenue
Chino, CA 91710

Marcus Lawn Service
12926 Leonard Road
Gravette, AR 72736

Mark C. Davis
6809 Sierra Madre Drive
Fort Worth, TX 76179

McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146

Midland Credit Management
PO Box 301030
Los Angeles, CA 90030-1030

Mountain States Comm. Collections, Inc.
333 West Hampden Avenue
Suite 80
Englewood, CO 80110

Municipal Services Bureau
PO Box 16755
Austin, TX 78761-6755

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Nicole Emmel
1430 East 140th Place
Glenpool, OK 74033

Norman International Dallas, LLC
1175 North Stemmons FWY
Lewisville, TX 75067

Northeast Oklahoma Physician Network Inc
PO Box 871388
Kansas City, MO 64187

Office Depot Business Credit
Dept. 56-8407835834
PO Box 78004
Phoenix, AZ 85062

Oklahoma Employment Security Commission
PO Box 52003
Oklahoma City, OK 73152-2006

Oklahoma Employment Security Commission
PO Box 52006
Oklahoma City, OK 73152-2006

Oklahoma Tax Commission
PO Box 269062
Oklahoma City, OK 73126

Oklahoma Turnpike Authority
Enforcement Branch
PO Box 960007
Oklahoma City, OK 73136

Parsons Blind Company
PO Box 87
Hiwasse, AR 72739

Pasadamo, Inc.
PO Box 516
Farmington, AR 72730

Pathology Laboratory Association
Dept. 2710
Tulsa, OK 74182

Paychex Inc.
Attention Bankruptcy Dept.
225 Kenneth Drive, Suite 100
Rochester, NY 14623

PBC Ventures LLC f/k/a Parsons Blind LLC
13317 N Highway 279
Hiwasse, AR 72739

Pentagon Federal Credit Union
Attn: Bankruptcy
Po Box 1432
Alexandria, VA 22313

Professional Business Systems, Inc.
PO Box 2730
Bentonville, AR 72712

QuarterSpot, Inc.
c/o Parker, Simon & Kokolis, LLC
110 North Washington Street
Suite 500
Rockville, MD 20850

R1 Medical Financial Solutions
PO Box 42008
Phoenix, AZ 85080-2008

Regional Medical Laboratory, Inc.
DEPT 2803
Tulsa, OK 74182-0001

Regus Management Group, LLC
PO Box 842456
Dallas, TX 75284

Republic Services #401
PO Box 9001099
Louisville, KY 40290-1099

Revenue Systems, Inc.
PO Box 15257
Clearwater, FL 33766-5257

Richard Levin
Hall & Estill
320 South Boston
Suite 200
Tulsa, OK 74103

Robert Half International
c/o Allen Maxwell & Silver
PO Box 540
Fair Lawn, NJ 07410

Robert W. Johnson
9118 Third Avenue
Brooklyn, NY 11209

Sayer Law Group
925 E. 4th Street
Waterloo, IA 50703

Security Bankcard Center, Inc.
PO Box 6139
Norman, OK 73070

Security National Insurance Company
800 Superior East Avenue
21st Floor
Bentonville, AR 72712

Sharon O'Keefe
6809 Sierra Madre Dr.
Fort Worth, TX 76179

Simmons Bank
Attn: Bankruptcy
Po Box 7009
Pine Bluff, AR 71611

Southwestern Electric Power
PO Box 371496
Pittsburgh, PA 15250-7496

Spring Window Fashions, LLC
PO Box 945792
Atlanta, GA 30394-5792

St. John Broken Arrow
Dept. 2752
Tulsa, OK 74182

St. John Clinic
PO Box 14099
Belfast, ME 04915

St. John Physicians, Inc.
Dept 334
PO Box 21228
Tulsa, OK 74121-1228

State Farm Bank
PO Box 23025
Columbus, GA 31902-3025

State of Arkansas
Department of Worforce Services
PO Box 8007
Little Rock, AR 72203

State of Arkansas
Sales and Use Tax Section
PO Box 8092
Little Rock, AR 72203

State of Arkansas
Witholding Tax Section
PO Box 9941
Little Rock, AR 72203

Stillman Law Office, LLC
50 Tower Office Park
Woburn, MA 01801

Stone Bank
Three Financial Centre
900 South Shackleford Road
Little Rock, AR 72211

Surgical Associates, Inc
PO Box 1545
Lowell, AR 72745

Synter Resources Group
PO Box 63247
North Charleston, SC 29419

TAB Services
2448 E 81st St
Suite 4700
Tulsa, OK 74137-4250

TD Auto Finance
P.O. Box 9001865
Louisville, KY 40290

Technology Insurance Company
800 Superior Avenue East
21 Floor
Cleveland, OH 44114

The Banister Family Limited Partnership
16 William Court
Conway, AR 72032

The Cincinnati Insurance Company
PO Box 145620
Cincinnati, OH 45250-5620

The Commercial Collection Corp. of NY
34 Seymour Street
Tonawanda, NY 14150

Timber Blind & Shutter
800 E Elm Street
McKinney, TX 75069

Timmons Oil Company, Inc
PO Box 691140
Tulsa, OK 74169

Toyota Financial Services
Attn: Bankruptcy
Po Box 8026
Cedar Rapids, IA 52409

Trans Services, Inc.
PO Box 13223
Overland Park, KS 66282-3223

Transworld Systems
PO Box 17212
Wilmington, DE 19850

Trinity Creek Homeowners Association
5630 S. Memorial Dr.
Tulsa, OK 74145

Tulsa County District Attorney
201 W. 5th St.
Ste 450
Tulsa, OK 74103

Tulsa Radiology Associates, Inc
Dept No. 61, PO Box 21228
Tulsa, OK 74121-1228

TxTag
PO Box 650749
Dallas, TX 75265

UDC, LLC
3460 Lotus Drive
Suite 150
Plano, TX 75075

UHG I LLC
6400 Sheridan Drive
Suite 138
Buffalo, NY 14221

Verizon
PO Box 489
Newark, NJ 07101

Verliance
43406 Business Park Drive
Temecula, CA 92590

Watkins, Boyer, Gray & Curry, PLLC
1106 West Poplar St
Rogers, AR 72756

Window Revolution
1202 NE McClain Road
Bentonville, AR 72712

FORM 1007-1F (10/07)

# United States Bankruptcy Court
### Northern District of Oklahoma

In re   **James Leslie Davis**
       **Barbara Anne Davis**

Debtor(s)

Case No. _____

Chapter   **7**

## PAYMENT ADVICES CERTIFICATION
*(NOTE: A separate form must be filed by **each** debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I,   **Barbara Anne Davis**   hereby state as follows:

*(select one)*

☑    I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

        Number of Employers:   **1**        Number of Payment Advices received:   **4**

        Number of Payment Advices attached:   **4**

        Period Covered: _____

                  *(If period covered is less than 60 days, attach an explanation.)*

    If the attached payment advices do not cover the entire 60-day period, describe any "other evidence of payment" that you intend to rely upon. _____.

☐    I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices. I understand that if I do not file all payment advices or other evidence of payment **within 45 days** from the petition date, my bankruptcy case may be **dismissed**.

        Number of Employers: _____     Number of Payment Advices attached: _____

        Period Covered: _____

        Number of missing Payment Advices: _____    Dates of missing Payment Advices: _____

☐    I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. *(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

    I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date:   **May 30, 2019**  _____

                                      **/s/ Barbara Anne Davis**

                                      (Signature of Debtor)

                          Print name:   **Barbara Anne Davis**

*\* In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.*

# Employee Portal - 2019

badavis

## Resources

MAS Announcements

**Name**
DAVIS, BARBARA

**Employee No** 66952  **State ID** 413760

My Info | Pay Info | Leave Bal

**Pay Period** | 2019 3 1 - 11

## Quick Glance

Salary Calculation  $42,576.01 / 12 + TR Credit Sal: $43.49 + Flex Benefit: $69.71

Net  $3,169.33

Page 1 of 1  |  Pdf

**BROKEN ARROW PUBLIC SCHOOLS I003**  701 S MAIN ST BROKEN ARROW OK 74012

| 66952 | BARBARA ANNE DAVIS | Location: 160 | MSts: M | Exem: 4 | P.O.: 51570 | Date: 03/20/2019 Amount: | | |
|---|---|---|---|---|---|---|---|---|
| | Gross | FWH | SWH | FICA | Vol Ded | Net | Fringe | Taxable |
| Current: | 3,661.20 | 127.79 | 84.00 | 280.08 | 0.00 | 3,169.33 | 235.46 | 3, |
| Contract YTD: | 26,049.15 | 905.36 | 586.00 | 1,992.74 | | | 1,679.90 | 26, |
| Calendar YTD: | 10,983.60 | 383.37 | 252.00 | 840.24 | | | | 10, |

**Gross Salary Calculation for Pay Period:**  19031
Salary:$42,576.01 / 12 + TR Credit Sal: $43.49 + Flex Benefit: $69.71

| | | TR Fringe: | 224.40 | (TR Fringe Total: $267.89 - TR Credit: $43.49) |
|---|---|---|---|---|
| **TR Deduction:** 0.00 | | | | **Direct Deposits:** 3, |
| **Other Voluntary Deductions:** | **Other District Paid Fringes:** | | | |
| | 704  SUN LIFE BASIC | | | 3.26 ********2557  C  3, |
| | 332  AF DISABILITY FRINGE | | | 7.80 |

**Employee Portal - 2019**

badavis

Resources

MAS Announcements



**Name**
DAVIS, BARBARA

**Employee No**    **State ID**
66952              413760

My Info          Pay Info          Leave Bal

Pay Period    | 2019 3 1 - 11

**Quick Glance**

Salary Calculation  $42,576.01 / 12 + TR Credit Sal: $43.49 + Flex Benefit: $69.71
Net          $3,169.33

Page | 1 | of | 1 |        | Pdf |

**BROKEN ARROW PUBLIC SCHOOLS I003**            701 S MAIN ST BROKEN ARROW OK 74012

| 66952 | BARBARA ANNE DAVIS | Location: 160 | MSts: M | Exem: 4 | P.O.: 51570 | Date: | 03/20/2019 | Amount: |
|---|---|---|---|---|---|---|---|---|
| | **Gross** | **FWH** | **SWH** | **FICA** | **Vol Ded** | | **Net** | **Fringe** | **Taxable** |
| Current: | 3,661.20 | 127.79 | 84.00 | 280.08 | 0.00 | | 3,169.33 | 235.46 | 3, |
| Contract YTD: | 26,049.15 | 905.36 | 586.00 | 1,992.74 | | | | 1,679.90 | 26, |
| Calendar YTD: | 10,983.60 | 383.37 | 252.00 | 840.24 | | | | | 10, |

Gross Salary Calculation for Pay Period:  19031
Salary: $42,576.01 / 12 + TR Credit Sal: $43.49 + Flex Benefit: $69.71

TR Deduction:    0.00                                    TR Fringe:   224.40      (TR Fringe Total: $267.89 - TR Credit: $43.49)

Other Voluntary Deductions:                  Other District Paid Fringes:              **Direct Deposits:**          3,:
                                              704 .  SUN LIFE BASIC                  3.26  ********2557      C      3,:
                                              332    AF DISABILITY FRINGE            7.80



**Employee Portal - 2019**

badavis

┌─ **Resources** ─────────────────────────────────

MAS Announcements



**Name**
DAVIS, BARBARA

**Employee No**   **State ID**
66952             413760

|  | My Info | Pay Info | Leave Bala |
|---|---|---|---|

Pay Period    | 2019 2 1 - 11

┌─ **Quick Glance** ─────────────────────────────────

Salary Calculation  $42,576.01 / 12 + TR Credit Sal: $43.49 + Flex Benefit: $69.71
Net                 $3,169.33

Page [ 1 ]  of [ 1 ]           [ Pdf ]

**BROKEN ARROW PUBLIC SCHOOLS I003**        701 S MAIN ST BROKEN ARROW OK 74012

| 66952 | BARBARA ANNE DAVIS | Location: 160 | MSts: M | Exem: 4 | P.O.: 51570 | Date: | 02/20/2019 | Amount: |
|---|---|---|---|---|---|---|---|---|
| | **Gross** | **FWH** | **SWH** | **FICA** | **Vol Ded** | **Net** | **Fringe** | **Taxable** |
| Current: | 3,661.20 | 127.79 | 84.00 | 280.08 | 0.00 | 3,169.33 | 235.46 | 3, |
| Contract YTD: | 22,387.95 | 777.57 | 502.00 | 1,712.66 | | | 1,444.44 | 22, |
| Calendar YTD: | 7,322.40 | 255.58 | 168.00 | 560.16 | | | | 7, |

Gross Salary Calculation for Pay Period:  19021
Salary:$42,576.01 / 12 + TR Credit Sal: $43.49 + Flex Benefit: $69.71

| TR Deduction: | 0.00 | | TR Fringe: | 224.40 | (TR Fringe Total: $267.89 - TR Credit: $43.49) |
|---|---|---|---|---|---|

Other Voluntary Deductions:        Other District Paid Fringes:        Direct Deposits:    3,:
704   SUN LIFE BASIC        3.26 ********2557   C   3,:
332   AF DISABILITY FRINGE        7.80

