IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In Re:                                    )
                                          )
JAMES LESLIE DAVIS,                       )    Case No. 19-11118-R
BARBARA ANNE DAVIS,                       )    Chapter 7
                                          )
                    Debtors.              )

## NOTICE OF ASSET CASE AND INTERIM REPORT

After investigation by Scott P. Kirtley, Trustee of the above-captioned proceeding, a reasonable likelihood exists that assets are present in this Estate and a distribution to creditors may result.

The Trustee further requests that the Clerk of the Court issue a Notice of Claims Bar Date to the current matrix in this proceeding.

Attached is the Individual Estate Property Record and Report (Form 1).

Dated September __19__, 2019.

RIGGS, ABNEY, NEAL,
TURPEN, ORBISON & LEWIS

/s/ Scott P. Kirtley
Scott P. Kirtley, OBA No. 11388
502 West 6th Street
Tulsa, Oklahoma   74119-1010
(918) 587-3161
Fax (918) 587-9708
skirtley@riggsabney.com

ATTORNEYS FOR TRUSTEE

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 19-11118-R
Case Name: DAVIS, JAMES LESLIE
DAVIS, BARBARA ANNE
Period Ending: 09/20/19

Trustee: (560010) SCOTT P. KIRTLEY
Filed (f) or Converted (c): 05/30/19 (f)
§341(a) Meeting Date: 06/26/19
Claims Bar Date:

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4636 South 167th East Avenue, Tulsa, OK 74134-00 | 395,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2015 Dodge Charger, 40000 miles. | 15,924.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Jeep Grand Cherokee, 38000 miles, | 14,010.00 | 0.00 | | 0.00 | FA |
| 4 | 2017 Dodge Ram 2500, 113000 miles. | 35,696.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Household Goods and Furnishings | 10,000.00 | 0.00 | | 0.00 | FA |
| 6 | One projector and screen, two televisions, two c | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | 5 phones and 2 ipads (subject to installment agr | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Three sets of golf clubs | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Three handguns | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | Misc. Jewelry Wedding band and ring | 250.00 | 0.00 | | 0.00 | FA |
| 12 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Brokerage: Rockwell Automation | 91.87 | 0.00 | | 0.00 | FA |
| 14 | Checking: Simmons Bank | 117.82 | 0.00 | | 0.00 | FA |
| 15 | Checking: Bank of America | 0.90 | 0.00 | | 0.00 | FA |
| 16 | Checking: Bank of America | 557.00 | 0.00 | | 0.00 | FA |
| 17 | Business Checking: Bank of America | 0.10 | 0.00 | | 0.00 | FA |
| 18 | Business Checking: Bank of America | 742.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 19-11118-R
Case Name: DAVIS, JAMES LESLIE
DAVIS, BARBARA ANNE
Period Ending: 09/20/19

Trustee: (560010) SCOTT P. KIRTLEY
Filed (f) or Converted (c): 05/30/19 (f)
§341(a) Meeting Date: 06/26/19
Claims Bar Date:

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Checking: Bank of America | 0.12 | 0.00 | | 0.00 | FA |
| 20 | Business Checking: Bank of America | 0.81 | 0.00 | | 0.00 | FA |
| 21 | Business Checking: Stone Bank Finish Strong Busi | 194.30 | 0.00 | | 0.00 | FA |
| 22 | Checking: Arvest | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Credit Union: Penfed Credit Union | 4.00 | 0.00 | | 0.00 | FA |
| 24 | 529 account: Wells Fargo 529 account held for De | 1,302.14 | 0.00 | | 0.00 | FA |
| 25 | 529 account: Wells Fargo 529 account held for De | 1,793.00 | 0.00 | | 0.00 | FA |
| 26 | Savings: Alliant | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Blind Spot, LLC This information provided on thi | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Finish Strong, LLC d/b/a Window Revolution d/b/a | 0.00 | 0.00 | | 0.00 | FA |
| 29 | JL Davis & Sons, LLC Only asset is Finish Strong | 0.00 | 0.00 | | 0.00 | FA |
| 30 | James L. Davis, LLC Shell company intended to be | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Klingler&Son, LLC This business was never initia | 0.00 | 0.00 | | 0.00 | FA |
| 32 | The Banister Family Limited Partnership, 13% own | 0.00 | 0.00 | | 0.00 | FA |
| 33 | JL Davis Enterprises, LLC shell company used to | 0.00 | 0.00 | | 0.00 | FA |
| 34 | IRA: Wells Fargo | 25.00 | 0.00 | | 0.00 | FA |
| 35 | Rent Prepaid: Sharon O'Keefe | 1,450.00 | 0.00 | | 0.00 | FA |
| 36 | Teacher's License for Oklahoma and Arkansas | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 19-11118-R  
Case Name: DAVIS, JAMES LESLIE  
DAVIS, BARBARA ANNE  
Period Ending: 09/20/19

Trustee: (560010)   SCOTT P. KIRTLEY  
Filed (f) or Converted (c): 05/30/19 (f)  
§341(a) Meeting Date: 06/26/19  
Claims Bar Date:

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 37 | State Farm home and vehicle insurance policy: De | 0.00 | 0.00 | | 0.00 | FA |
| 38 | Genworth Term Life Insurance Policy $2,000,000 D | 0.00 | 0.00 | | 0.00 | FA |
| 39 | Protective Life Term Life Insurance Policy $750, | 0.00 | 0.00 | | 0.00 | FA |
| 40 | American General Term Life Insurance Policy $3,2 | 0.00 | 0.00 | | 0.00 | FA |
| 41 | Protective Life Term Life Insurance Policy $750, | 0.00 | 0.00 | | 0.00 | FA |
| 42 | Leased Printer | 5,000.00 | 0.00 | | 0.00 | FA |
| 43 | Dell Computer | 2,000.00 | 0.00 | | 0.00 | FA |
| 44 | Four computers | 500.00 | 0.00 | | 0.00 | FA |
| 45 | 2017 federal tax refund (u) | 17,015.00 | 17,015.00 | | 17,015.00 | FA |
| 46 | 2017 Arkansas tax refund (u) | 5,005.00 | 5,005.00 | | 5,005.00 | FA |
| 47 | 2018 income tax refunds (u) Turnover motion filed. | Unknown | Unknown | | 0.00 | Unknown |
| 47 | Assets Totals (Excluding unknown values) | $513,279.06 | $22,020.00 | | $22,020.00 | $0.00 |

Major Activities Affecting Case Closing:

Possible interest in 2018 income tax refunds (turnover motion pending).  
Form 1 updated 9/20/19.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-11118-R
**Case Name:** DAVIS, JAMES LESLIE
DAVIS, BARBARA ANNE
**Period Ending:** 09/20/19

**Trustee:** (560010)    SCOTT P. KIRTLEY
**Filed (f) or Converted (c):** 05/30/19 (f)
**§341(a) Meeting Date:** 06/26/19
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |

Initial Projected Date Of Final Report (TFR): August 31, 2020     Current Projected Date Of Final Report (TFR): August 31, 2020