UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

Filed/Docketed
Oct 21, 2019

| | |
|---|---|
| In Re: | ) |
| | ) |
| JAMES LESLIE DAVIS, | ) Case No. 19-11118-R |
| BARBARA ANNE DAVIS, | ) Chapter 7 |
| | ) |
| Debtors. | ) |

## ORDER SUSTAINING MOTION TO
## DIRECT DEBTORS TO TURNOVER PROPERTY

This matter comes on before me on the Request for Order Sustaining Amended Motion to Direct Debtors to Turnover Property filed by Scott P. Kirtley, Trustee, and it appearing to the Court that the Trustee's Motion should be, and hereby is, granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtors are ordered to turn over to Scott P. Kirtley, Trustee, copies of the Debtors' 2018 federal and state income tax returns, along with the Debtors' 2018 income tax refund checks or that amount of money that represents the refunds.

DATED this 21st day of October, 2019.

DANA L. RASURE, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Submitted by:

s/Scott P. Kirtley
Scott P. Kirtley
Riggs, Abney, Neal,
Turpen, Orbison & Lewis
502 W. 6th Street
Tulsa, Oklahoma   74119
skirtley@riggsabney.com
Attorneys for Trustee