Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 19-11118-R | Trustee: | (560010) SCOTT P. KIRTLEY |
|---|---|---|---|
| Case Name: | DAVIS, JAMES LESLIE | Filed (f) or Converted (c): | 05/30/19 (f) |
| | DAVIS, BARBARA ANNE | §341(a) Meeting Date: | 06/26/19 |
| Period Ending: | 09/30/19 | Claims Bar Date: | 12/30/19 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4636 South 167th East Avenue, Tulsa, OK 74134-00 | 395,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2015 Dodge Charger, 40000 miles. | 15,924.00 | 0.00 | | 0.00 | FA |
| 3 | 2016 Jeep Grand Cherokee, 38000 miles, | 14,010.00 | 0.00 | | 0.00 | FA |
| 4 | 2017 Dodge Ram 2500, 113000 miles. | 35,696.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Household Goods and Furnishings | 10,000.00 | 0.00 | | 0.00 | FA |
| 6 | One projector and screen, two televisions, two c | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | 5 phones and 2 ipads (subject to installment agr | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Three sets of golf clubs | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Three handguns | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing | 3,000.00 | 0.00 | | 0.00 | FA |
| 11 | Misc. Jewelry Wedding band and ring | 250.00 | 0.00 | | 0.00 | FA |
| 12 | 2 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Brokerage: Rockwell Automation | 91.87 | 0.00 | | 0.00 | FA |
| 14 | Checking: Simmons Bank | 117.82 | 0.00 | | 0.00 | FA |
| 15 | Checking: Bank of America | 0.90 | 0.00 | | 0.00 | FA |
| 16 | Checking: Bank of America | 557.00 | 0.00 | | 0.00 | FA |
| 17 | Business Checking: Bank of America | 0.10 | 0.00 | | 0.00 | FA |
| 18 | Business Checking: Bank of America | 742.00 | 0.00 | | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 19-11118-R | Trustee: | (560010) SCOTT P. KIRTLEY |
|---|---|---|---|
| Case Name: | DAVIS, JAMES LESLIE | Filed (f) or Converted (c): | 05/30/19 (f) |
| | DAVIS, BARBARA ANNE | §341(a) Meeting Date: | 06/26/19 |
| Period Ending: | 09/30/19 | Claims Bar Date: | 12/30/19 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Checking: Bank of America | 0.12 | 0.00 | | 0.00 | FA |
| 20 | Business Checking: Bank of America | 0.81 | 0.00 | | 0.00 | FA |
| 21 | Business Checking: Stone Bank Finish Strong Busi | 194.30 | 0.00 | | 0.00 | FA |
| 22 | Checking: Arvest | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Credit Union: Penfed Credit Union | 4.00 | 0.00 | | 0.00 | FA |
| 24 | 529 account: Wells Fargo 529 account held for De | 1,302.14 | 0.00 | | 0.00 | FA |
| 25 | 529 account: Wells Fargo 529 account held for De | 1,793.00 | 0.00 | | 0.00 | FA |
| 26 | Savings: Alliant | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Blind Spot, LLC This information provided on thi | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Finish Strong, LLC d/b/a Window Revolution d/b/a | 0.00 | 0.00 | | 0.00 | FA |
| 29 | JL Davis & Sons, LLC Only asset is Finish Strong | 0.00 | 0.00 | | 0.00 | FA |
| 30 | James L. Davis, LLC Shell company intended to be | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Klingler&Son, LLC This business was never initia | 0.00 | 0.00 | | 0.00 | FA |
| 32 | The Banister Family Limited Partnership, 13% own | 0.00 | 0.00 | | 0.00 | FA |
| 33 | JL Davis Enterprises, LLC shell company used to | 0.00 | 0.00 | | 0.00 | FA |
| 34 | IRA: Wells Fargo | 25.00 | 0.00 | | 0.00 | FA |
| 35 | Rent Prepaid: Sharon O'Keefe | 1,450.00 | 0.00 | | 0.00 | FA |
| 36 | Teacher's License for Oklahoma and Arkansas | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 19-11118-R | Trustee: | (560010) SCOTT P. KIRTLEY |
| --- | --- | --- | --- |
| Case Name: | DAVIS, JAMES LESLIE | Filed (f) or Converted (c): | 05/30/19 (f) |
| | DAVIS, BARBARA ANNE | §341(a) Meeting Date: | 06/26/19 |
| Period Ending: | 09/30/19 | Claims Bar Date: | 12/30/19 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 37 | State Farm home and vehicle insurance policy: De | 0.00 | 0.00 | | 0.00 | FA |
| 38 | Genworth Term Life Insurance Policy $2,000,000 D | 0.00 | 0.00 | | 0.00 | FA |
| 39 | Protective Life Term Life Insurance Policy $750, | 0.00 | 0.00 | | 0.00 | FA |
| 40 | American General Term Life Insurance Policy $3,2 | 0.00 | 0.00 | | 0.00 | FA |
| 41 | Protective Life Term Life Insurance Policy $750, | 0.00 | 0.00 | | 0.00 | FA |
| 42 | Leased Printer | 5,000.00 | 0.00 | | 0.00 | FA |
| 43 | Dell Computer | 2,000.00 | 0.00 | | 0.00 | FA |
| 44 | Four computers | 500.00 | 0.00 | | 0.00 | FA |
| 45 | 2017 federal tax refund (u) | 17,015.00 | 17,015.00 | | 17,015.00 | FA |
| 46 | 2017 Arkansas tax refund (u) | 5,005.00 | 5,005.00 | | 5,005.00 | FA |
| 47 | 2018 income tax refunds (u) Turnover Order entered 10/21/19. | Unknown | Unknown | | 0.00 | Unknown |
| 47 Assets | Totals (Excluding unknown values) | $513,279.06 | $22,020.00 | | $22,020.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Order sustaining turnover entered 10/21/19 re: Asset #47 (Trustee pursuing recovery).

Form 1 updated 10/22/19.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-11118-R
**Case Name:** DAVIS, JAMES LESLIE
DAVIS, BARBARA ANNE
**Period Ending:** 09/30/19

**Trustee:** (560010)   SCOTT P. KIRTLEY
**Filed (f) or Converted (c):** 05/30/19 (f)
**§341(a) Meeting Date:** 06/26/19
**Claims Bar Date:** 12/30/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** August 31, 2020   **Current Projected Date Of Final Report (TFR):** August 31, 2020

# Form 2
# Cash Receipts And Disbursements Record

| Case Number: | 19-11118-R | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | DAVIS, JAMES LESLIE | Bank Name: | Mechanics Bank |
| | DAVIS, BARBARA ANNE | Account: | ******7666 - Checking Account |
| Taxpayer ID #: | **-***7317 | Blanket Bond: | $3,500,000.00 (per case limit) |
| Period Ending: | 09/30/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/22/19 | {45} | United States Treasury | 2017 federal tax refund | 1224-000 | 17,015.00 | | 17,015.00 |
| 08/20/19 | {46} | Auditor of State of Arkansas | 2017 Arkansas tax refund | 1224-000 | 5,005.00 | | 22,020.00 |

| ACCOUNT TOTALS | | 22,020.00 | 0.00 | $22,020.00 |
|---|---|---|---|---|
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 22,020.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$22,020.00** | **$0.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # ******7666 | 22,020.00 | 0.00 | 22,020.00 |
| | $22,020.00 | $0.00 | $22,020.00 |